UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARLENE McEvoy<br>　　　　　Plaintiff, | : CIVIL ACTION NO.: 3:17-CV-01861 (MPS)<br>:<br>: |
| v. | :<br>: |
| | : |
| FAIRFIELD UNIVERSITY<br>　　　　　Defendant | : NOVEMBER 21, 2018<br>: |

INDEX TO EXHIBITS TO DEFENDANT FAIRFIELD UNIVERSITY'S
MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT

Exhibit 1            Affidavit of Mark Guglielmoni

Exhibit 2            Form 26(f) Report of Parties' Planning Meeting

Exhibit 3            Deposition Transcript Excerpts of Sharlene McEvoy

Exhibit 4            May 17, 2012 Call for Nominations - Director of Pre-Law
                     Advising

Exhibit 5            McEvoy proposal for Director of Pre-Law Advising

Exhibit 6            July 3, 2012 Letter appointing Dr. McEvoy Director of
                     Pre-Law Advising

Exhibit 7            2012-2013 Dr. McEvoy's Report on Pre-Law Program

Exhibit 8            2013-2014 Dr. McEvoy's Report on Pre-Law Program

Exhibit 9            2015-2015 Dr. McEvoy's Report of Pre-Law Program

Exhibit 10           2015-2016 Dr. McEvoy's Report of Pre-Law Program

Exhibit 11           Email exchange between Dr. Sapp and Dr. McEvoy re
                     2012-2013 Report of Pre-Law Advising

| | |
|---|---|
| Exhibit 12 | Deposition Transcript Excerpts of Lynn Babington, Ph.D. |
| Exhibit 13 | Deposition Transcript Excerpts of Yohuru Williams |
| Exhibit 14 | Deposition Transcript Excerpts of Chris Pates |
| Exhibit 15 | Plaintiff's Responses to Fairfield University's First Request for Admissions dated 5/11/18 |
| Exhibit 16 | Deposition Transcript Excerpts of Susanne Quinlivan |
| Exhibit 17 | Dr. Williams' offer of one year appointment of Dr. McEvoy as Director of Pre-Law Advising for 2015-2016 academic year |
| Exhibit 18 | Deposition Transcript Excerpts of Hope Olgetree |
| Exhibit 19 | Christopher Pates September 5, 2014 email to Dr. McEvoy re questions about Pre-Law Program |
| Exhibit 20 | Dr. Alphonso reply to Dr. Williams regarding offer of Pre-Law Advising Director position dated May 12, 2015 |
| Exhibit 21 | Dr. McEvoy's Reply to Fairfield University's CHRO Answer and Position Statement |
| Exhibit 22 | Email exchange between Dr. Fitzgerald and Dr. McEvoy |
| Exhibit 23 | Email exchange between Fairfield student and Dr. McEvoy |
| Exhibit 24 | Fairfield University's CHRO Verified Position Statement |
| Exhibit 25 | Defendant's Response to Plaintiff's First Set of Interrogatories #3 |

2

DEFENDANT
FAIRFIELD UNIVERSITY

By: _____

Gary S. Starr
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5216
Juris No. ct06038
Its Attorneys

3

## CERTIFICATION OF SERVICE

This is to certify that on November 21, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. The following Parties may access this filing through the Court's system:

Todd D. Steigman
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT  06103
Phone:  860-246-2466
Fax:  860-246-1794
Email:  tsteigman@mppjustice.com
*Counsel for Plaintiff*

                                                 _____
                                                 Gary S. Starr

4