# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHARLENE McEVOY            :   CIVIL ACTION NO.: 3:17-CV-01861 (MPS)
       Plaintiff,           :
                            :
v.                            :
                            :
FAIRFIELD UNIVERSITY     :   NOVEMBER ____, 2018
       Defendant          :

### AFFIDAVIT OF MARK GUGLIELMONI

I, Mark Guglielmoni, being duly sworn, state:

1.      I am over eighteen years of age and believe in the obligations of the oath.

2.      I am the Director of Human Resources at Fairfield University, a position I have held since April 16, 2001.

3.      As Director of Human Resources, I am familiar with the policies and practices of the University.

4.      Fairfield University, founded by the Society of Jesus, is a coeducational institution of higher learning whose primary objectives are to develop the creative intellectual potential of its students and to foster in them ethical and religious values and a sense of social responsibility.

5.      Fairfield University educates its students through a variety of scholarly and professional disciplines.

6.      All of its schools share a liberal and humanistic perspective and a commitment to excellence. Fairfield University's undergraduate schools provide students with a broadly based general education curriculum with a special emphasis on the traditional humanities as a complement to the more specialized preparation in disciplines and professions provided by the major programs.

7.      In May 2012, Senior Vice President for Academic Affairs Dr. Paul J. Fitzgerald, SJ, a Jesuit priest, sought to make changes to the Pre-Law Advisory Program and sought applications from the faculty, following the decision by Dr. Don Greenberg to step down as the Faculty Director of the Pre-Law Advising Program.

8.      On or about July 3, 2012, Dr. Fitzgerald appointed Dr. Sharlene McEvoy to a three year term (beginning July 1, 2012 and concluding June 30, 2015) as Director of the Pre-Law Advisory Program.

7051833v1

9.    The position had a $10,000 per year stipend and a budget for the program of $10,000 per year.

10.    At the time, Dr. McEvoy was a tenured professor who taught in the Dolan School of Business.  She taught business law and related courses.

11.    In 2013, David Sapp became the Associate Vice President for Academic Affairs. As Associate Vice President, Dr. Sapp oversaw initiatives on undergraduate retention and graduation, academic support services, and student-faculty collaborative research.  He supervised two federal TRIO programs to support low-income and first-generation students; and he shepherded several donor gifts to support faculty-student mentorship of research.  He was also responsible for overseeing was the Pre-Law Advisory Program.

12.    Dr. Fitzgerald left Fairfield University to become President of the University of San Francisco in June 2014.  Dr. Lynn Babington, who had been dean of the School of Nursing, was then named Senior Vice President of Academic Affairs in July 2014 and she became Provost in July 2015.  This was a change in title, but not a change in responsibilities.

13.    About the same time in 2014, Dr. Sapp left the University for a position at Loyola Marymount University in Los Angles.  Before Dr. Sapp left, Dr. Babington named Dr. Yohuru Williams to be Associate Vice President of Academic Affairs, succeeding Dr. Sapp.  In 2015, Dr. Williams was named the Interim Dean of the College of Arts and Sciences.

14.    The Dean of the College of Arts and Sciences is the chief academic and administrative officer of the College.  The Dean is responsible for overall planning and operations.  This includes the educational activity of the College, its curricula courses and methods of instruction, supervision of all faculty and staff personnel within the College, as well as overseeing all budgetary matters.  Additionally, the Dean serves on the Rank and Tenure Committee when promotion and/or tenure of faculty members within the College are under consideration.  The Dean is responsible for the College's 16 departments and 194 faculty and staff, which includes Associate and Assistant Deans.  The departments the Dean oversees are: Biology, Chemistry, Communications, Economics, English, History, Math, Modern Languages, Philosophy, Physics, Politics, Psychology, Religious Studies, Sociology, and Visual & Performing Arts.

The Dean is also responsible for all the programs that are under the auspices of the College or which are assigned to the Dean by the Provost.  Besides the Pre-Law Advising Program, the other programs are the Black Studies Program, the Latin American & Caribbean Studies Program, and the Women, Gender & Sexuality Studies Program.

15.    In 2014, Dr. Babington led a strategic planning committee that was assessing the University's programs and seeking ways to improve outcomes for students.  The strategic plan was referred to as Fairfield2020.  As part of the strategic planning process, input was sought from all areas of the University and after the plan was issued, there were discussions throughout the University about how to implement the plan.

2

7051833v1

16.     Each department was responsible for reviewing the strategic plan and coming up with ways to implement it and then report to Dr. Babington on the steps being taken to implement Fairfield2002.

17.     There are University wide director positions which are filled at the discretion of the Provost.  In 2016, these included the Honors Program and the Pre-Law Advising Program. These positions are generally time limited so that each program can be changed to reflect new thinking and to better align with the University's strategic plan and, in particular, the needs of the students.  It is the general practice of the University to rotate these administrative assignments among the faculty.  Dr. John Thiel ( date of birth 28-JUL-1951) was the Director on the Honors Program in 2012 and was succeeded by Dr. Laura Nash (date of birth 10-OCT-1961) and Dr. Giovanni Ruffini (date of birth 12-JUL-1974) in 2018.

18.     There are also programs that are based in particular colleges.  The directors of those programs are nominated by a faculty committee with the Dean of the College having final approval authority.  In the College of Arts and Sciences in 2012, there were stipended directorships for the Black Studies Program, the Latin American & Caribbean Studies Program, and the Women, Gender & Sexuality Studies Program..

19.     Deans and the Provost may require written reports from program directors in order to effectively manage and assess the value and effectiveness of each program.

20.     Dr. Yohuru Williams (date of birth 19-SEP-1971) was the Director of the Black Studies Program in 2012-2014, after which Dr. Johanna Garvey (date of birth 20-JUL-1951) was appointed the Director.  She served three years and then was co-director with Dr. Elizabeth Hohl (date of birth 12-MAR-1953).  Dr. Yohuru Williams, while Interim Dean of the College of Arts and Sciences, appointed Dr. Garvey and Dr. Hohl to be co-directors in 2017.

21.     Dr. Dina Franceschi (date of birth 29-DEC-1969) and Dr. Anibal Torres (date of birth 17-JUL-1973) were the co-directors of Latin American & Caribbean Studies in 2012. In 2013 Dr. Franceschi and Dr. William Vasquez (date of birth 10-DEC-1977) were the co-directors.  In 2014 Dr. Gisela Gil-Egui (date of birth 21-APR-1967) and Dr. Vasquez were the co-directors.  In 2015 Dr. Gil-Egui and Edrik Lopez (date of birth 17-NOV-1978) were appointed the co-directors by Dr. Williams.  In 2016 Dr. Williams appointed Dr. Franceschi and Dr. Vasquez as the co-directors then in 2017 he appointed Dr. Michelle Farrell (date of birth 11/03/1979 ) and Dr. Vasquez as the co-directors.

22.     Dr. David Gudelunas (date of birth 26-JAN-1977) was the director of the Women, Gender & Sexuality Studies Program from 2012 through 2014.  Dr. Anna Lawrence (date of birth 27-JAN-1971) and Dr. Emily Orlando (date of birth 10-AUG-1969) were chosen as the co-directors in 2015 and 2016.  In 2017, Dr. Williams appointed Dr. Orlando as the director of the program.

3

7051833v1

23.     While the Interim Dean, Dr. Williams oversaw the Black Studies, Hispanic Studies, and Women's Studies Programs as well as the Pre-Law Advising Program.

24.     There is no Director of Pre-Med Advising Program. Rather there is an Advisor, Health Sciences. This is an administrative position that provides advice to all the health science students.  This is neither a tenured position nor a tenure-track position.  Keith Bradley held the position from September 2000 through August 30, 2008, during which time it was an 100% administrative position.  Geoffrey Church has held this non-tenure track position since September 2008.  In 2008 the position became 50% health science advising and 50% teaching two courses per semester.  It remains an administrative position with teaching responsibilities.

25.     Dr. Alphonso was granted tenure at Fairfield University in March 2016 after joining the faculty in 2011.  She has dual doctoral degrees, in Political Science from Cornell University and in Law, Doctor of Juridical Science from Cornell Law School.  She has a Bachelor's of Civil Law from Oxford University, and a LLB from the National Law School of India University.  She was the recipient of several prizes for her dissertation and for one of the articles she has authored.  She has published numerous articles and essays, has published a book, and has been working on another book.

26.     Between 2012-2013 and 2016-2017 academic year, Dr. Alphonso taught several courses that are directly related to Legal Studies, including a course of the United States Congress, the Battle over Family Values and American Politics, Political Parties, Interest Groups and Public Opinion, the American Presidency, and the Supreme Court.

Mark Guglielmoni

Sworn to and
subscribed before me
this ___1st___ day of November, 2018

Notary/Commissioner of the Superior Court

Subscribed and sworn to before me
this _1st_ day of November 20 18
NOTARY PUBLIC
MY COMMISSION EXPIRES SEPT. 30, 2023

4

7051833v1