# EXHIBIT 4

## McEvoy, Sharlene A.

**From:** Faculty Announcements
**Sent:** Thursday, May 17, 2012 9:20 AM
**Subject:** Call for Nominations - Director of Pre-Law Advising

Dear Colleagues,

I have some news and a request.

After nearly a decade of faithful service to students, Dr. Don Greenberg has decided to step down as Faculty Director of Pre-Law Advising. Thank you, Don, for your wise counsel to countless students.

I am therefore calling for nominations, including self-nominations, for the position of Faculty Director of Pre-law Advising.

As you may know, since the recession the competition for admission to top tier law schools has increased. Enrollments in middle and lower tier law schools have increased. At the same time, entry level positions for recent law school graduates have shrunk – in some sectors, dramatically. In such a turbulent time, our undergraduates need the best possible support as they discern whether a career in law, broadly defined, is right for them. And if they do decide to pursue further study, they need help and guidance in choosing the program that is best for them. Further, they need to focus on their studies from the outset and position themselves to be highly competitive in this tough new landscape.

The University has begun to revamp and broaden its existing pre-law programs, thanks to the creative engagement of Dr. Greenberg and a number of faculty and administrators who counsel and advise undergraduate students who express interest in going to law school. Cath Borgman, Director of the Career Planning Center, and her team help students discern career options in a variety of law-related professions.

Over the past few years, with the help of professional colleagues in Advancement, I have spoken to a number of our alumni, many of whom are attorneys, about the general climate for legal careers as well as the competitive edge that our undergraduates receive thanks to our core curriculum and any number of majors they may choose to declare and complete. Thanks to the generosity of a number of these alumni/ae and friends, we have some dedicated financial resources to build an enhanced support structure for our students. We also have pledges from many alumni/ae to host internships or provide mentoring to our students.

Once we have named a Fairfield University faculty member as Director (for program oversight and leadership), we will then search for and engage a part-time Assistant Director / Advisor (for occasional programmatic and counseling duties), the latter being a local JD. Along with regular support from the Office of Career Planning, the Director and Assistant Director will be charged with drawing on faculty and staff experience, expertise and interest to further develop a multifaceted approach based on best practices at universities that look like us (e.g., other U.S. Jesuit Universities). Individual and group advising, special events, workshops, panel discussions and mentoring by alumni/ae, networking opportunities, and internships will likely be key components of this evolving and expanding program. Students will benefit from a holistic approach to academic advising and career mentoring, integrating student interest in law careers with comprehensive undergraduate advisement. Of course, nothing better prepares students for law school than four years of hard work at their chosen major and a couple of prep classes to prepare fort he LSAT's. Our students need to be reminded of this, often.

1

MCEVOY 000405

There are two academic programs that are linked to this initiative. The existing interdisciplinary minor in Business Law and Ethics in the Dolan School of Business remains a quality academic program and is an option for all current undergraduate students. An ad hoc faculty task-force met several times over the past two years to sketch the broad outlines of a revived and reformed Legal Studies minor (perhaps renamed Law and Society) in the College of Arts and Sciences; it would provide students with broad conceptual frameworks of legal studies and encourage students to explore the law from a couple of possible interdisciplinary perspectives. These faculty may choose to seek approval of the Law and Society minor through the normal channels of program approval in the near future, and the Dean of the College of Arts and Sciences is keeping this possibility in mind as she works with departments seeking new tenure-track positions in a variety of appropriate disciplines. The two interdisciplinary minors (in DSB and CAS, respectively) could share a number of existing courses and would allow faculty to conceptualize and launch new academic courses of interest to students. These academic programs will help students to tailor their core curriculum, major discipline, and elective studies for maximum integration of their intellectual preparation for law school or other graduate degree programs such as, for example, our proposed new Masters in Public Administration.

If you are interested in the position of Faculty Director of Pre-Law Advising, would like to nominate a colleagues, or would like to receive more information, please contact me by May 24.

Sincerely yours,

Paul

--

Rev. Paul J. Fitzgerald, S.J.
Senior Vice President for Academic Affairs
Fairfield University
1073 North Benson Road
Fairfield, CT 06824-5195
Tel: (203) 254 4000 ext. 2778
Fax: (203) 254 4291
pfitzgerald@fairfield.edu

MCEVOY 000406