# EXHIBIT 5

PRE-LAW ADVISOR

-- Were I to be named Pre-Law Advisor, I would form a Pre-Law Club for all students interested in attending law school beginning with freshmen.

-- I would hold a gathering once a semester for members, a luncheon and invite a speaker from the local bar as a speaker. This person should be a Fairfield Alumnus.

-- I would hold an additional meeting each semester to discuss the following:

> Course selection
> Major selection
> Whether to and which law related courses to take

-- I would keep records of which students from which majors have an interest in law school and those who have been successful in getting admitted: GPAs, LSAT scores and the law school applied to. I would also keep track of the schools that Fairfield Students are not accepted to. I would build on data previously gathered, if any has been kept in the past ten years.

-- Students need to take the LSAT prep course during the Junior year to ensure that they have enough time to remedy deficiencies in their performance prior to taking LSATS for the record.

-- Students would get realistic guidance from me about the appropriate choices for applications in terms of their GPAs, LSATS and finances. A scattershot approach seems to be the prevailing strategy.

-- Summer internships or semester long internships are essential so that students will know what they are getting into to see if they like this line of work. Appropriate venues include: private law firms, Public Defenders' officies, Prosecutors etc.

CONFIDENTIAL

MCEVOY 000203

Internships allow students to make contacts with members of the Bar for outside letters of recommendation and future employment

-- Fairfield University is fortunate to have prominent alumni among the highest levels of the court system. For the life of me, I cannot understand why these alumni have been ignored. Why not celebrate them with a cocktail party/dinner every spring around LAW DAY. Honor one alumni invite other lawyer alumni and non-alumni to come to the event. Use it as a fund raiser for prizes for members of the pre-law club and help in financing tutors for LSAT takers during the summer prior to senior year. Boosting the performance on the LSATS is an essential.

Sharlene McEvoy

CONFIDENTIAL

MCEVOY 000204