# EXHIBIT 6



## Fairfield
### UNIVERSITY

*Senior Vice President for Academic Affairs*

Dr. Sharlene McEvoy
Professor of Business Law
Dolan School of Business

Dear Sharlene,                                                July 3, 2012

I am grateful for your willingness to take on the position and responsibilities of Director of Pre-Law Advising at Fairfield University. I hereby appoint you to that position for a three year term, beginning July 1, 2012 and concluding June 30, 2015. As we discussed, you will report to Associate Vice President for Academic Affairs Dr. Beth Boquet, who among her areas of responsibility oversees all academic advising at Fairfield University. You will collaborate with Cath Borgman, Director of the Career Planning Center.

To compensate you for your efforts, you will receive an annual stipend of ten thousand dollars. You will also have access to an annual operating budget of ten thousand dollars for programming, supplies, contracted services, ongoing formation and other business expenses. I was impressed by your proposal, wherein you highlighted your initial plans and ideas: the formation of a Pre-Law Club with twice annual meetings, at which Fairfield University alumni who are lawyers or judges would be invited to speak. Janet Canepa and the Office of Alumni Relations can be of help in this regard. You plan to gather and analyze data on GPA's, LSAT scores and relative success in gaining admissions to various law schools in order to assess outcomes and give the best advice and guidance to students. The Office of Institutional Research will be able to assist you in setting this up. You plan to increase the number of internships in private law offices, Public Defenders and District Attorneys offices, etc. Cath Borgman will be of help in this regard as well. Finally, you have plans to reconnect with Fairfield Alumni who have made careers in the law in order to foster support for our undergraduate pre-law students. The Advancement Division will be of help and guidance in this regard.

These are exciting times at Fairfield University. We have made great strides over the past few years to improve the quality of our advising and mentoring of students. Your appointment as Director of Pre-Law Advising is another very positive step in that process.

Sincerely yours,

Paul Fitzgerald SJ
Senior Vice President for Academic Affairs

cc: Don Gibson
    Carl Scheraga
    Cath Borgman
    Beth Boquet

1073 North Benson Road    Fairfield, CT  06824-5195    Tel: (203) 254-4000, ext. 2778    Fax: (203) 254-4291    www.fairfield.edu

CONFIDENTIAL                                              FAIRFIELD000841