# EXHIBIT 7



REPORT ON PRE-LAW PROGRAM

Dr. Sharlene A. McEvoy, Director

May 15, 2013

The Pre-Law Program engaged in many activities during the 2012-2013 academic year.  A brochure entitled "Pre-Law Advising" Questions and Answers About Getting into Law School was prepared by S. McEvoy and Sue Quinlivan, Associate Director of Career Planning.  It was ready for the beginning of the fall 2012 semester and was made available to interested students who met with the Director or with S. Quinlivan. The brochure featured the logo of the St. Robert Bellarmine Pre-Law Society and information about the patron of the new organization for pre-law students.

The first major event was a Law School Fair, which was held on Thursday, October 11 from 12-2.  Ably organized by Sue Quinlivan, the event featured 16 representatives from law schools that are typically applied to by Fairfield students as well as the U.S. Marine Corps. Among the schools represented were Fordham, St. John's, the University of Connecticut, Touro, Albany Law School, Hofstra, Boston College, Duquesne, and Quinnipiac Among others.  Prior to the fair, S. McEvoy addressed some 25 students regarding the creation and proposed activities of the Pre-Law Society.  The students were then released to meet with the law school reps.  Refreshments were served to both the law school people and students.  Some 50 students participated in the fair until it  concluded at 2 P.M.

During the fall semester, the pre-law web site was revamped. New information was added cconcerning an LSAT prep program, obtaining letters of recommendations from faculty and tips about writing a personal statement that is usually demanded by law schools in support

**CONFIDENTIAL**

**MCEVOY 000096**

PRE-LAW PROGRAM REPORT

page 2.

of applications. Assisting in this effort were Carolyn Arnold, Iancu (John) Bica, who was recommended as a website maven by Professor Chris Huntley of Information Systems. It was John who suggested the idea of a four year time line to guide students who are planning to apply to law school. Sue Quinlivan also assisted in organizing the material for the site.

Also during the fall semester the first issue of DE JURE, the official publication of the St. Robert Bellarmine Pre-Law Society was launced including the Mission Statement of the organization and information about fall events such as the LSAT Prep demonstration and the first Student-Lawyer Alumni event which was held on Monday, November 12, 2012 at Alumni House. Susan OConnor Class of 2006 was the first guest and answered questions posed by the Student emcee, Bridget Butterworth in a format similar to that employed by Center-stage. Students were also eager to ask questions of Susan and she stayed to mingle with them after the event and exchange contact information. Laura Strang of Career Planning served as doorkeeper at the event, passing out Membership Cards to Bellarmine Society members. Sue Quinlivan welcomed to students and introduced Bridget and Susan to the group. Julie Tuozzoli of Alumni Affairs played a key role in securing Susan as our first guest. Julie also arranged transportation for Susan.

Another key event for alerting students to the pre-law program was the Major-Minor Information Fair held on Thursday, October 25 at the Barone Center. Copies of the brochure and newsletter were made available to interested students who were primarily freshmen and sophomores.

**CONFIDENTIAL**

MCEVOY 000097

PRE-LAW PROGRAM REPORT

page 3

Sue Quinlivan played an important role in arranging for the Pre-Law program to participate in this event coordinating with Suzanne Solensky

A second issue of DE JURE appeared during the early part of the spring 2013 semester announcing the scheduling of the LSAT Boot Camp which was held from March 18 through May 8 on Mondays, and Wednesdays from 6-10 P.M. and on Saturdays from 10-2. Ten Fairfield juniors and seniors participated in this program which was subsidized the pre-law society. The intensive program was designed to prepare students to take the June 2013 LSAT. The idea of having a course sponsored by the pre-law program was first suggested by Professor David Downie of the Politics Department at a meeting held in April 2010. During the fall semester, a video/online program was offered to interested students, also with a subsidy from the pre-law program. Four students took advantage of this opportunity in preparation for the October and December 2012 and February 2013 LSAT.

Also announced in the second issue of DE JURE which is available in print and online was a Personal Statement seminar held on Wednesday, March 20 at 4 P.M. at Alumni House. A representative from Powerscore discussed the importance of careful preparation of the personal statement in the application process. This seminar was followed by the second Student-Lawyer Alumnus Event which featured Patrick Maron, Class of 2001, a finance major who attended law school several years after graduating and enjoying a career in the financial sector. Courtney Euler served as the emcee for this event which was attended by over 20 Dolan School of Business students as well as pre-

CONFIDENTIAL

MCEVOY 000098

PRE-LAW PROGRAM REPORT

page 4.

law students from other majors.  The Q&A format was identical to the fall program with students being given the opportunity to ask questions and talk personally with Patrick after the event.  Credit Julie Tuozzoli with lining up Patrick for this event.  Refreshments were served before and after his appearance.

The final event of the 2012-13 year was the inaugural dinner of the St. Robert Bellarmine Pre-Law Society which honored United States District Court Judge Raymond J. Dearie, Class of 1966. This event was held on Thursday, May 2 from 6-8:30 in the Dolan School of Business dining room.  Judge Dearie was given the first annual Distinguished Lawyer Alumni Award by President Jeffrey von Arx. Eighteen pre-law students and over 40 lawyer alumni were in attendance. Senior Gregory Chase who will attend the University of Connecticut School of Law and junior Kersten Yerger participated in the ceremony by reading Judge Dearie's biography.  SVPAA Paul Fitzegerald offered remarks.  Credit Geri Derbyshire for the orginal planning of this event and when she left the University, Hope Ogletree took command of the event and left no detail to chance.  Hope was ably assisted by Diane Lawler who coordinated invitations to the alumni, Dayna Cavanaugh and Melinda Good who attended to the details surrounding the staging of the dinner.  Sue Quinlivan played a pivotal role not only in inviting the pre-law students and confirming their attendance but also in suggesting appropriate dress and demeanor for the students.  She also coordinated the pre-dinner get together between the guest of honor and the students.

CONFIDENTIAL

MCEVOY 000099

PRE-LAW PROGRAM REPORT

page 5.

Any success that this program enjoyed this year is due to the dedication of Sue Quinlivan of Career Planning for her advice and efforts at even  stage of this program.  Credit should also go to Julie Tuozzoli for her efforts in lining up alumni for the speaker series.  The dinner would not have been the glittering event it was without the team from Mjor gifts including Hope Ogletree who was indefatigible  in her attention to detail along with Diane Lawler, Melinda Good and Dayna Cavanaugh and the support of S phanie Frost. Finally SVPAA Paul Fitzgerald's support and ideas for reinventing a Pre-Law program at Fairfield cannot be underestimated.

I was not acquainted with any of the above until this year and I am privileged to have worked with them and to have been the beneficiary of such wonderful ideas.  Fairfield University is very fortunate to have employees of their caliber working on behalf of its community.

During the year, I met with nearly 30 students who expressed interest in pursuing a career in law.  In meeting each student, I obtain information about GPA, LSAT scores (if applicable), major and minor and what law schools the student may be interested in attending. I hope that over time gathering these statistics will provide greater insight into what are the chances of Fairfield students gaining admission to various institutions.

Sharlene McEvoy

CONFIDENTIAL

MCEVOY 000100