# EXHIBIT 8

This report details the activities of the Pre Law Program for 2013-2014. It includes a listing of activities sponsored by the St. Robert Bellarmine Pre Law Society. Major accomplishments include a successful panel in which representation from seven law schools participated in a journal discussion. Five lawyer alumni attended panel discussions on their career and first year of law school experiences. Additionally, six distinguished women lawyers who were educated at Fairfield during the 1970s were honored. The challenge continues to be preparing students as early as possible for the LSAT and maintaining a high enough GPA to apply to Law School. The goal in doing this is for a high probability of success in getting admitted and receiving financial assistance.

**Pre Law Department**

Director Dr. Sharlene McEvoy serves as the advisor of undergraduate students who intend to pursue graduate studies in the field of law. She collaborates with Sue Quinlivan, Cath Borgman, and Hope Ogletree to offer programming for Pre-Law students.

The Pre-Law Program was established in 2012 to support undergraduate students who express an interest in law school. The program provides resources to all interested students so that they are fully aware of the process of applying to law schools and can be successful in gaining admission. Currently, there are 172 students who show an interest in law. Of these 172, 40-50 are active members in the St. Robert Bellarmine Pre-Law Society.

The Mission of the Society is:

- To involve students from freshmen through senior year in events that promote their interest in a law career
- To establish connections between lawyer alumni and undergraduate students
- To provide assistance to students in preparing their applications to law schools
- To advise students about the availability of programs supported by the University to aid in their preparation for the LSAT and to arrange for their participations.

**Accomplishment & Outcomes**

Law School Panel

On Thursday, October 17, 2013 a law school panel was held to discuss all the aspects behind applying to law school. The topic of discussion covered LSAT info and writing a personal statement. Also, three Admission Directors from law schools that have accepted Fairfield graduates presented on letters of recommendation. 29 students attended the law school panel this year. This panel is offered for students every other year. Students are encouraged to come prepared with questions they have regarding the application process.

CONFIDENTIAL                                                    MCEVOY 000367

**Panel Participants:**

Boston College Law
Fordham Law
New York Law School
Quinnipiac University School of Law
Roger Williams School of Law
Seton Hall Law School
St. John's University School of Law
UCONN Law

Alumni Lawyer Panel

On November 19th, 2013, an alumni lawyer panel discussion was held for students to learn about what they can do with a law degree. This panel consisted of Fairfield University graduates who now work in a variety of law field settings. The grads work in different law settings including non-profit organization, sports law, and employment law. The graduates were able to discuss their careers with students and answer questions. Other Fairfield alumni were also at the event to meet with students informally. This event is a valuable networking opportunity. 22 students attended the panel event this year.

**Panel Participants:**

Courtney Darts, 2001, Pro Bono Partnership
Dan Fitzgerald, 1999, Brody Wilkinson PC
Peter Murphy, 1997, Shipman & Goodwin

Financing Your Law School Education

On March 4, 2014, Stephen Brown, Assistant Dean of Admissions at Fordham Law School, held a discussion on how to finance a law school education. The purpose of this discussion was to familiarize students with the expense they will incur from law school and to learn ways to finance it. Following this discussion, students were then invited to listen to stories from three recent Fairfield graduates who are currently in law school. These students were Danielle Sullivan '12 of Pace Law School and Nicole Livesiy '11 of Quinnipiac Law School. These graduates shared their secrets to surviving the first year of law school. All three graduate students currently attend Quinnipiac Law School and were available to answer questions undergraduates had. This year, 20 students were in attendance for this event.

2nd Annual St. Robert Bellarmine Pre-Law School Distinguished Alumni Awards Dinner

On April 3, 2014, members of the Pre-Law Society along with alumni lawyers were invited to an awards dinner. This year six distinguished women lawyers were honorees. Prior to the dinner, which included pre law students and other alumni lawyers, the honorees participated in a panel discussion with students. St. Robert

**CONFIDENTIAL**

MCEVOY 000368

Bellarmine Pre-Law Society honored six alumnae who attended Fairfield University during the 1970s. The honoree included the following:

Beverly Belcamino- Chief Counsel GE Capital
Catherine Teitell- Deputy Senior Public Defender
Mary Henetz- Deputy Senior States Attorney
Deborah Frankel- Senior Judge Connecticut Superior Court
Denise Fraser-Crisona- Senior Counsel New York Transit Authority
Anne Paglia- Senior Prosecutor New York District Court

The keynote speaker for this event was retired Connecticut Supreme Court Justice Joette Katz. Joette is currently Commissioner of the Department of Children and Families.

**LSAT Prep Course**

The Pre-Law Program offered an LSAT Prep Course during the Spring 2014 semester to all undergraduates. However, too few law students signed up this year. Therefore, alternative arrangements were made for interested students to take a video/online version of the prep class along with an individual tutorial.

**Strategic Direction**

As the mission of the Jesuit University is academic excellence and a desire to serve others, the St. Robert Bellarmine Pre-Law Society seeks to join students. In doing this we can evaluate the accomplishments of our lawyer alumni who have distinguished themselves by their accomplishments in the law and also by their service to the community.

The students who are a part of the pre-law program come from a variety of background. The pre law program strives to help all in the university community who have a desire to become lawyers.

**Pre Law Program Goals:**

Among the goals for the Pre-Law program for 2014-2015 is to:

1. Offer a LSAT prep course during the fall semester to target students taking the exam in December of 2014.
2. Hold a Law School Fair in October so that students may learn about programs offered by various law schools.
3. Arrange a panel discussion of lawyer-alumni to discuss employment options for students.
4. Arrange a personal statement seminar to instruct students in preparing an important part of their application.
5. Honor distinguished alumnus/alumnae at the annual St. Bellarmine Pre-Law Society dinner during Spring 2015.

**CONFIDENTIAL**

MCEVOY 000369