# EXHIBIT 9

REPORT OF THE PRE-LAW PROGRAM

Sharlene McEvoy, Director of Pre-Law Advising

May 14, 2015

EXECUTIVE SUMMARY:  This report concerns the Pre-Law Program and the activities of the St. Robert Bellarmine Pre-Law Society.  The major accomplishments include sponsoring two in class sessions to prepare students to take the LSAT among other activities to help students prepare their applications for admission to law school.  Although students are still being accepted and making decisions as of the date of this report, at least ten students will be entering law school in the fall at Fordham, St. John's, Western New Englad, New York Law School, the University of Connecticut and Quinnipiac among others.

HISTORICAL INTRODUCTION:  In 2012, I was appointed Director of Pre-Law Advising by SVPAA Paul Fitzgerald, S.J.  My charge was to create a program to assist students in determining whether or not they should apply to law school and to be proactive in providing advice to our aspiring lawyers.  This included con- tinuing activities such as the Law School Fair and Law School Panels but adding other events to aid students.  Since the fall of 2012, not only has the website been revamped but three infor- mational pamphlets have been prepared to provide answers to commonly asked questions about choosing a law school and the application process.  As Director, I routinely meet with 30-35 students per year who are in various stages of the process.  Suzanne Quinlivan, Associate Director of Career Planning retains a master list of students from all classes who have expressed interest in a legal career.  Currently there are 120 students

CONFIDENTIAL

FAIRFIELD000885

Pre-Law Report

page 2.

on the list who are kept advised of the activities of the St.
Robert Bellarmine Pre-Law Society

ACCOMPLISHMENTS AND OUTCOMES:  During the 201415 academic year,
The Pre-Law Program sponsored the following activities:

------A Red Mass was said by His Excellency, Frank Caggiano,
   Bishop of the Diocese of Bridgeport.  The Mass is a tra-
   dition dating back to the 13th century and is offered on
   behalf of judges, lawyers and law students.  Approximately
   20 students attended the Mass and the brunch which followed
   in the Oak Room.  Noel Francisco was the featured speaker.
   He has represented clients regarding religious freedom issues
   before the U.S. Supreme Court.  He spoke about the Hobby Lobby
   decision.   This event was held on Sunday, September 28.

------A Law School Fair was held on Thursday, October 14 in
   the DSOB Dining Room.  Fifteen law school representatives
   met with students including Boston College, Fordham, Pace,
   Quinnipiac, Roger Williams, Brooklyn Law School, New York Law
   School and St. John's.  Approximately 30 students attended
   this event.

----- The St. Robert Bellarmine Pre-Law Society sponsored a trip
   to the Clark Art Institute in Williamstown, MA to view one
   of the surviving copies of the Magna Carta.  Also part of
   the exhibit on loan from Williams College were original copies
   of the Declaration of Independence, the Constitution (George
   Mason's copy), the Emancipation Proclamation and the

CONFIDENTIAL

FAIRFIELD000886

PRE-LAW Report

page 3.

-----Declaration of Human Rights.  Twenty-three students par-
ticipated in this event.

-----On Thursday, November 6, the Society presented a Personal
Statement Seminar for students who were actively planning to
apply to law school for 2014-15.  The seminar was presented
by Ellen Keane Rutt, an alumna of Fairfield and Dean of
Admissions at the University of Connecticut School of Law.
Subsequent to this event, a pamphlet was prepared summarizing
her advice on the preparation of personal statements and
obtaining effective letters of recommendation.

-----During the fall semester two students participated in the
Powerscore LSAT prep class offered on campus.  Two other
students took the live online class during the summer 2014.

-----The event scheduled for March 3 at Alumni House entitled,
"An Insider's Look at the Law School Application Process,"
was cancelled due to inclement weather.  The event was to
have featured Dean Rutt, Kathy Engleman, Associate Director
of Admissions at Quinnipiac, and Jessica DeBuss, Associate
Director of Alumni Relationa at Pace.  The latter two alumnae
were invited to the Law Day Luncheon to give interested
students an opportunity to meet with them.

---- On March 26 five students attended a Mock Trial Demonstration
and lunch at Quinnipiac School of Law.  The team performed a
mock cross-examination and closing argument.  The students
also meet with a Fairfield alumna and a professor and Dean of
the law school.

CONFIDENTIAL

FAIRFIELD000887

<u>Pre-Law Report</u>

page 4.

-----Beginning on March 16, five students participated in the
spring semester Powerscore  LSAT prep class.  The class
ran until May 4 and included eighty hours of class time.
The participants anticipated sitting for the June or
September LSAT.  The Pre-Law Program offers subsidy to
students to help defray the cost of the course.  Powerscore
also provies a $200.00 discount.

-----The final event of the year was the Law Day Luncheon attended by
thirty students and alumni on Wednesday, April 29.  The featured
speaker was Attorney Thomas Dunn, Class of 1972 substituting
Daniel Fitzgerald who had a death in the family.  Attorney
Dunn spoke on the origins of Law Day and the 2015 theme
the Magna Carta.  Graduating seniors were presented with
a stole bearing the name and logo of the Society.  The Dis-
tinguished Citizen Award was presented to Lois Gibbs for her
work on behalf of environmental justice  After the luncheon,
Ms. Gibbs spoke to over 75 students and other guests about
"Love Canal:  Thirty-Five Years Later"  after the audience
viewed the fim,"The Poisoned Dream."  Ms. Gibbs spoke about
current environmental challenges and answered questions.
Hugh Bailey of the Connecticut Post covered the event and
interviewed Ms. Gibbs.  An article appeared in the May 1
edition of the POST and the GREENWICH TIME and DANBURY-
NEWS TIMES.

-----De JURE, the official newsletter of the St. Robert Bellarmine
Society appeared in the fall and spring listing events.

CONFIDENTIAL

Pre-Law Report

page 5.

Each newsletter was posted on the website

STRATEGIC DIRECTIONS AND UNIVERSITY MISSION: Most encouraging in my view is the diversity of majors among the students who are interested in pursuing a career in law. Not only are the more traditional majors represented like Politics, History, English and Business but I met with a Nursing major and a freshman majoring in Engineering who wants to attend the Albany Law School to study Patent Law! I have also noticed the increasingly diverse cultural and ethnic backgrounds as well as age and those from the ranks of those who hold graduate degrees from Fairfield.

GOALS AND AREAS OF POTENTIAL GROWTH : During the 2015-16 academic year there will be a law school panel held at a date to be determined in October. I would like to open more activities to the student body at large and not just target those interested in law. In the planning stage is a trip to the Edward M. Kennedy Institute for the United States Senate in Boston where students can participate in an interactive Senate debate, a speaker from the Connecticut Innocence Project, a trip to the University of Connecticut Law School for a Moot Court session. and an event featuring a panel of lawyer alumni. Also another LSAT prep class will be offered each semester. There will also be a Law Day Luncheon or Dinner with a special guest. A Law School Mentor Program was begun this year. Current Fairfield alumni who are enrolled at law school have volunteered to mentor current undergraduates who are interested in the schools they attend. I hope to expand the numbers of alumni willing to help students in choosing a law school

CONFIDENTIAL

FAIRFIELD000889

## REPORT OF THE PRE-LAW PROGRAM

Sharlene McEvoy, Director of Pre-Law Advising

May 10, 2016

**EXECUTIVE SUMMARY**: This report concerns the Pre-Law Program and the activities of the St. Robert Bellarmine Pre-Law Society. The major accomplishments include sponsoring one in class session during the spring semester to prepare students to take the LSAT among other activities to help students prepare their applications for admission to law school. Although students are still being accepted and making decisions as of the date of this report, several students will be entering law school in the fall at Fordham, Villanova, St. John's, Pace, Western New England, New York Law School, the University of Connecticut and Quinnipiac.

**HISTORICAL INTRODUCTION**: In 2012, I was appointed Director of Pre-Law Advising by SVPAA Paul Fitzgerald, S.J. My charge was to create a program to assist students in determining whether or not they should apply to law school and to be proactive in providing advice to our aspiring lawyers. This included continuing activities such as the Law School Fair and Law School Panels but adding other events to aid students. Since the fall of 2012, not only has the website been revamped but three informational pamphlets have been prepared to provide answers to commonly asked questions about choosing a law school and the application process. As Director, I routinely meet with approximately 30 students per year who are in various stages of the process. Susanne Quinlivan, Associate Director of Career Planning retains a master list of students from all classes who have expressed interest in a legal career. Currently there are nearly 200 on the list who are kept advised of activities of the St. Robert Bellarmine Pre-Law Society by email, and through "DeJure", the newsletter that appears each semester.

CONFIDENTIAL                                                                    FAIRFIELD000890