# EXHIBIT 10

## REPORT OF THE PRE-LAW PROGRAM

Sharlene McEvoy, Director of Pre-Law Advising

May 10, 2016

**EXECUTIVE SUMMARY**: This report concerns the Pre-Law Program and the activities of the St. Robert Bellarmine Pre-Law Society. The major accomplishments include sponsoring one in class session during the spring semester to prepare students to take the LSAT among other activities to help students prepare their applications for admission to law school. Although students are still being accepted and making decisions as of the date of this report, several students will be entering law school in the fall at Fordham, Villanova, St. John's, Pace, Western New England, New York Law School, the University of Connecticut and Quinnipiac.

**HISTORICAL INTRODUCTION**: In 2012, I was appointed Director of Pre-Law Advising by SVPAA Paul Fitzgerald, S.J. My charge was to create a program to assist students in determining whether or not they should apply to law school and to be proactive in providing advice to our aspiring lawyers. This included continuing activities such as the Law School Fair and Law School Panels but adding other events to aid students. Since the fall of 2012, not only has the website been revamped but three informational pamphlets have been prepared to provide answers to commonly asked questions about choosing a law school and the application process. As Director, I routinely meet with approximately 30 students per year who are in various stages of the process. Susanne Quinlivan, Associate Director of Career Planning retains a master list of students from all classes who have expressed interest in a legal career. Currently there are nearly 200 on the list who are kept advised of activities of the St. Robert Bellarmine Pre-Law Society by email, and through "DeJure", the newsletter that appears each semester.

MCEVOY000383

Pre-Law Report

Page 2.

**ACCOMPLISHMENTS AND OUTCOMES**: During the 2015-16 academic year, The Pre-Law Program was involved in the following activities:

- A Red Mass was said on Sunday, October 4, 2015 at Egan Chapel by His Excellency, Frank Caggiano, Bishop of the Diocese of Bridgeport. The Mass is a tradition dating back to the 13th century offered on behalf of judges, lawyers and law students. Approximately 10 students attended the Mass and brunch which followed. Rev. Rick Ryscavage S.J., Director of the Center for Faith and Public Life, spoke about "Immigration and the Church."

- A Law School Admissions Information Panel was held Thursday, October 15 in the BCC 200- The Sullivan Room. Law school representatives from Fordham, Pace, Quinnipiac and the University of Connecticut answered student's questions.

- The St. Robert Bellarmine Pre-Law Society sponsored a trip to the Edward M. Kennedy Institute for the United States Senate in Boston where 32 students toured the facility, participated as Senators in taking votes on legislation and heard a recreation of the debate about the 1964 Civil Rights Act. This event took place on Thursday October 29, 2015.

- Wednesday November 18, 2015, the Society presented a Lawyer-Alumni Panel. Three alumni who practice personal injury law discussed their practices and answered student questions. Kelly A. Fitzpatrick of Ventura, Ribiero and Smith, Elizabeth L. Grimm of O'Reilly and Shaw, and Daniel Fitzpatrick of Brody Wilkinson PC were at Alumni House on Wednesday, November 18, 2015 from 4-6.

MCEVOY000384

Pre-Law Report

Page 3.

- On Thursday November 19, students attended a play "Defamation", a play held at Southern Connecticut University, which dealt with a charge of theft with racial overtones. Students were asked to play jurors in determining the outcome of the case.

- On Wednesday, March 2 from 6:30 – 9:00 there was a showing of the film, "DisHonesty: The Truth About Lies" and a guest speaker, Walt Pavlo, who discussed his criminal behavior and answered questions.

- On Wednesday March 16, there was a program from 4-6 at Alumni House presented by Stephen Brown, Associate Director of Admissions at Fordham University School of Law "Financing Your Law School Education" followed by a presentation by two alumni on What is Law School is Really Like?  Rob Vogel, a third year law student and Nicole Rende, a first year law student at St. John's University School of Law spoke about their experiences and answered student's questions.  Approximately 12 students attended.

- Beginning on March 14, six students participated in the spring semester Powerscore LSAT prep class.  The class ran until May and included eighty hours of class time plus homework.  The participants anticipate taking the June or September LSAT.  The Pre-Law Program offers a subsidy to students to help defray the cost of the course. Powerscore also provides a $200.00 discount

- On Saturday, April 2, a group of students attended the Grand Spring Awakening of the American Museum of Tort Law in Winsted, CT.  Eighteen students heard from Ralph

MCEVOY000385

Pre-Law Report

Page 4.

       Nader, noted consumer advocate, Jan Schlichtmann, a personal injury lawyer who sued two corporations for contaminating drinking water in Woburn, MA and Mitchell Garabedian whose work on behalf of victims of sexual abuse was the subject of the Oscar winning movie, "Spotlight". Students were also able to tour the museum after the program.

- The final event of the year was the Law Day Luncheon attended by thirty students and alumni on Thursday, April 28, 2016. Graduating seniors were presented with stoles bearing the name and logo of the Society. The Distinguished Citizen Award was presented to Rev. James Manship, pastor of St. Rose of Lima Church in New Haven, for his advocacy on behalf of undocumented immigrants who were harassed by members of the East Haven, CT police department. Father Manship testified at the civil rights trial brought by the Justice Department against the department. He received the Society's "Man For Others" award.

**STRATEGIC DIRECTIONS AND UNIVERSITY MISSION**: Most encouraging is the diversity of majors among the students who are interested in pursuing a career in law as well as the increasingly diverse cultural and ethnic backgrounds, as well as age and those from the ranks of those who hold graduate degrees from Fairfield. I did presentations at both the Saturday, April 9 and Sunday, April 17 Open Houses for admitted students. At least seventy parents and

MCEVOY000386

Pre-Law Report

Page 5.

students attended and asked questions at the four sessions. The improving economy appears to have spurred a renewed interest in legal careers.

**GOALS AND AREAS OF POTENTIAL GROWTH**: During the 2016-17 academic year there will be a Law School Fair held in October. I would like to open more activities to the student body at large and not just target those who stated an interest in law. A LSAT prep class will be offered each semester if there is enough student interest. There will also be a Law Day Luncheon or Dinner with a special guest. The Law School Mentor Program began in 2014 and will continue. Current Fairfield alumni who are enrolled at law school have volunteered to mentor undergraduates who are interested in the schools they attend. I hope to expand the numbers of alumni willing to help students in choosing a law school.

MCEVOY000387