# EXHIBIT 11

| From: | McEvoy, Sharlene </O=FAIRFIELD UNIVERSITY/OU=FAIRFIELD/CN=RECIPIENTS/CN=SMCEVOY> |
|---|---|
| Sent: | Tuesday, July 23, 2013 2:00 PM |
| To: | Sapp, David <dsapp@fairfield.edu> |
| Cc: | Quinlivan, Sue <squinlivan@fairfield.edu> |
| Subject: | Annual Report Additional Information Pre-Law Program |
| Attach: | Pre-Law Budget.pdf; Pre-Law Advisee List 2012-2013.docx |

Dear David,

Here is the additional information you requested for the annual report.

1. A list of students you advised with their graduation year; for graduating seniors (class of 2013), please include their LSAT scores, law schools in which they were accepted, and law school they will be attending. Sue Quinlivan will send you the list of the members of the class of 2013 who indicated they will be attending law school. The student placement information is collected by the Career Planning Center as a starting point for the Post Graduation Report. Attached is the list of students I advised this academic year.

2. Detailed summary of exactly how you used your $10,000 budget between July 2012 and June 2013 with an analysis of whether or not the budget was sufficient. (See Attached)
   At this time the $10,000 budget does cover the expenses for the events and programs offered. For the future however, I do see the need of hiring personnel to provide clerical support to assist with the program implementation.

3. Information you have about the impact of the LSAT Boot Camp for the 10 student participants (e.g., scores). Sue did contact PowerScore, the company that held the prep classes this year. They do not collect LSAT test score information from the participants. Students were emailed asking if they would provide us with test scores. At this time 2 students responded here are their results:
   Hayley Moyer: 156 original score—after class 164
   Steve Weinstein: 153. Plans to retake in October says he needs to increase speed. He indicated that he was not able to give the additional time required outside of class to study.

4. Information you have about students who completed internships, for credit or not for credit, or "job shadow" experiences related to law.

   We do not have information regarding internships but below are the students who did participate in the Job Shadow Program:

   John Moore '14 and Jim Mulligan '14 (lunch)     Jason Boyea     1998     Finn Dixon & Herling LLP          Partner, Stamford, CT     Corporate Law
   Dan Risica '13                                 Jack DiNicola     1991     DiNicola, Seligson & Upton, LLP,     Partner,     Boston MA
   Courtney Euler '13                             Timothy Lynes   1981     Matten Muchin Rosenrean LLP, Partner, Washington     DC
   Chris Damon-Cronmiller '13                     Terrence O'Neill 1987     Office of the Attorney General, Asst., Attorney General, Hartford, CT
   Jazmin Maldonado '14                           Carla Pasquale   2006     Goodwin Procter LLP, Associate, New York          NY
   Suleika Lopez '13                              Michael Pompeo 1990     Drinker Biddle & Reath LLP,

FAIRFIELD001315

Partner       , New York        NY
Kirsten Yeger '14                              Steven  Stafstrom 2005  Pullman & Comley, LLC,
Attorney, Bridgeport        CT

5.  Details about 2-3 goals you have for the next academic year (or the next couple academic years). What exactly do you want to accomplish before the end of your term?

   - **To involve students from their arrival at Fairfield University as first year students through senior year in events that promote their interest in a law career**

   - Identify students interested in law through the Office Exploratory Academic Advising
   - Advertise programs through 411, Career Planning Center, Majors and Minors events
   - Provide pre-law advisement to students to assist them in career decision making. Review academic performance and extracurricular involvement to assist them in building resume to enhance   their admissions application

   - **To establish connections between lawyer alumni and students**

   - Develop student alumni events to help students develop and enhance networking skills and connections
   - Work with the Office of Alumni Career Services to identify appropriate alumni for career events
   - Utilize Job Shadow program to provide students with on site visitation at law firms or law related job functions with  lawyer alumni serving as hosts

FAIRFIELD001316

17-JUL-2013 11:35:22 AM
FISCAL YEAR 13

Fairfield University
Organization Detail Activity
From 01-JUL-2012 To 30-JUN-2013

PAGE 1
PGRODTA

COAS: F          Fairfield University
ORG: 231214      Pre-Law Advisor

| TRANS DATE | TRAN TYPE | DOCUMENT NUMBER | DOCUMENT REF # | DESCRIPTION | ACCOUNT/ FUND | BUDGET ACTIVITY | TRANSACTION ACTIVITY | ENCUMBRANCE ACTIVITY | CMT TYP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CUF Univ Educational & Gene | 011100 | | | | |
| BEGINNING BALANCE: | | Secret/Clericl Part Time | | | 611100 | .00 | .00 | .00 | |
| 11/21/2012 | HGNL | F0031674 | | HR Payroll 2012 WK 47 C | 611100 | | 60.00 | | U |
| 04/05/2013 | HGNL | F0032930 | | HR Payroll 2013 WK 14 C | 611100 | | 60.00 | | U |
| 06/30/2013 | J099 | RD6030 | | Mv exp for PreLaw Prg To Or | 611100 | | -120.00 | | U |
| ENDING BALANCE: | | Secret/Clericl Part Time | | | 611100 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | Employer FICA | | | 620100 | .00 | .00 | .00 | |
| 11/21/2012 | HGRB | F0031674 | | HR Payroll 2012 WK 47 C | 620100 | | 4.59 | | U |
| 04/05/2013 | HGRB | F0032930 | | HR Payroll 2013 WK 14 C | 620100 | | 4.59 | | U |
| 06/30/2013 | J099 | RD6030 | | Mv exp PreLaw Prg to Org 63 | 620100 | | -9.18 | | U |
| ENDING BALANCE: | | Employer FICA | | | 620100 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | General Operating Exp (Budget Pool) | | | 7300 | .00 | .00 | .00 | |
| 07/17/2012 | BD22 | J0006191 | | Fund Pre-law Op Org | 7300 | 10,000.00 | | | U |
| 11/13/2012 | BD02 | RD5625 | | Xfer funds PO food serv. So | 7300 | -1,675.00 | | | U |
| 06/05/2013 | BD02 | RD5947 | | Xfer cover Pre-Law advising | 7300 | -1,915.44 | | | U |
| ENDING BALANCE: | | General Operating Exp (Budget Pool) | | | 7300 | 6,409.56 | .00 | .00 | |
| BEGINNING BALANCE: | | Media Equip Supply | | | 730380 | .00 | .00 | .00 | |
| 11/28/2012 | J099 | LB00223 | | MC CB 11/27/12 wo 44023 | 730380 | | 3.05 | | U |
| 11/28/2012 | J099 | LB00223 | | MC CB 11/27/12 wo 44023 | 730380 | | 93.50 | | U |
| 11/28/2012 | J099 | LB00223 | | MC CB 11/27/12 wo 44023 | 730380 | | 37.50 | | U |
| 06/30/2013 | J099 | RD6030 | | Mv exp PreLaw Prg to Org 63 | 730380 | | -134.05 | | U |
| ENDING BALANCE: | | Media Equip Supply | | | 730380 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | P&G-In-House Printing | | | 731300 | .00 | .00 | .00 | |
| 09/04/2012 | J099 | MR3066 | | ps | 731300 | | 176.16 | | U |
| 11/05/2012 | J099 | MR3081 | | ps | 731300 | | 331.56 | | U |
| 11/30/2012 | J099 | MR3091 | | ps | 731300 | | 46.22 | | U |
| 02/04/2013 | J099 | MR3104 | | ps | 731300 | | 53.86 | | U |
| 06/04/2013 | J099 | MR3137 | | ps | 731300 | | 141.60 | | U |
| 06/30/2013 | J099 | RD6030 | | Mv exp PreLaw prg to Org 63 | 731300 | | -755.40 | | U |
| ENDING BALANCE: | | P&G-In-House Printing | | | 731300 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | P&G-Duplicating | | | 731320 | .00 | .00 | .00 | |
| 11/05/2012 | J099 | MR3027 | | dup | 731320 | | 61.74 | | U |

Case 3:17-cv-01861-MPS  Document 27-11  Filed 11/21/18  Page 4 of 7

FAIRFIELD001317

Fairfield University  
Organization Detail Activity  
From 01-JUL-2012 To 30-JUN-2013

COAS: F      Fairfield University  
ORG: 231214      Pre-Law Advisor

| TRANS DATE | TRAN TYPE | DOCUMENT NUMBER | DOCUMENT REF # | DESCRIPTION | ACCOUNT/ FUND | BUDGET ACTIVITY | TRANSACTION ACTIVITY | ENCUMBRANCE ACTIVITY | CMT TYP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CUF Univ Educational & Gene | 011100 | | | | |
| 06/30/2013 | J099 | RD6030 | | Mv exp preLaw Prg to Org 63 | 731320 | | -61.74 | | G |
| ENDING BALANCE: | | P&G-Duplicating | | | 731320 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | Other Professional Services | | | 733040 | .00 | .00 | .00 | |
| 10/18/2012 | INNI | I0527069 | | Get Prepped LLC | 733040 | | 930.00 | | G |
| 11/07/2012 | INNI | I0526644 | | Get Prepped LLC | 733040 | | 930.00 | | G |
| 12/11/2012 | CA1 | F0031888 | 23984 | LSAT U101360 | 733040 | | -200.00 | | U |
| 02/05/2013 | CA1 | F0032416 | 23939 | LSAT PREP U101362 | 733040 | | -200.00 | | U |
| 04/26/2013 | INNI | I0543151 | | PowerScore Inc | 733040 | | 2,450.00 | | G |
| 06/30/2013 | J099 | RD6030 | | Mv Exp PreLaw Prg to Org 63 | 733040 | | -3,910.00 | | G |
| ENDING BALANCE: | | Other Professional Services | | | 733040 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | Custodial Services | | | 736030 | .00 | .00 | .00 | |
| 10/24/2012 | J099 | FL2231 | | 9615 DSB 10/11 DSB SETUP | 736030 | | 106.00 | | U |
| 10/24/2012 | J099 | FL2231 | | 9617 DSB 10/11 TAKEDOWN | 736030 | | 53.00 | | G |
| 12/05/2012 | J099 | FL2248 | | 12104 ALM HSE 11/12 SETUP | 736030 | | 26.50 | | U |
| 12/05/2012 | J099 | FL2248 | | 12105 ALM HSE RESET | 736030 | | 53.00 | | U |
| 04/02/2013 | J099 | FL2327 | | 16375 ALM HSE 3/21 TAKEDOWN | 736030 | | 26.50 | | G |
| 06/30/2013 | J099 | RD6030 | | Mv Exp PreLaw Prg to Org 63 | 736030 | | -265.00 | | G |
| ENDING BALANCE: | | Custodial Services | | | 736030 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | Promotions and Gifts | | | 738890 | .00 | .00 | .00 | |
| 04/26/2013 | PORD | P0098917 | | Blanchette Sporting Goods, | 738890 | | | 142.00 | U |
| 04/30/2013 | POCL | *0035818 | | Close PO P0098917 | 738890 | | | -142.00 | G |
| 05/07/2013 | INNI | I0544103 | | McEvoy, Sharlene A.. | 738890 | | 142.00 | | G |
| 06/30/2013 | J099 | RD6030 | | Mv Exp PreLaw Prg to Org 63 | 738890 | | -142.00 | | U |
| ENDING BALANCE: | | Promotions and Gifts | | | 738890 | .00 | .00 | .00 | |
| BEGINNING BALANCE: | | Travel & Ent Exp (Budget Pool) | | | 7400 | .00 | .00 | .00 | |
| 11/13/2012 | BD02 | RD5625 | | Xfer funds PO food serv. So | 7400 | 1,575.00 | | | U |
| 06/05/2013 | BD02 | RD5947 | | Xfer cover Pre-Law advising | 7400 | 1,915.44 | | | U |
| ENDING BALANCE: | | Travel & Ent Exp (Budget Pool) | | | 7400 | 3,590.44 | .00 | .00 | |
| BEGINNING BALANCE: | | Food Service-Catering Sodexho | | | 742550 | .00 | .00 | .00 | |
| 09/04/2012 | PORD | P0036295 | | Sodexo, Inc. & Affiliates | 742550 | | | 750.00 | U |

FAIRFIELD001318

17-JUL-2013 11:35:22 AM
FISCAL YEAR 13

Fairfield University
Organization Detail Activity
From 01-JUL-2012 To 30-JUN-2013

PAGE 3
FGRODTA

COAS: F        Fairfield University
ORG: 231214    Pre-Law Advisor

| TRANS DATE | TRAN TYPE | DOCUMENT NUMBER | DOCUMENT REF # | DESCRIPTION | ACCOUNT/ FUND | BUDGET ACTIVITY | TRANSACTION ACTIVITY | ENCUMBRANCE ACTIVITY | CMT TYP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CUF Univ Educational & Gene | 011100 | | | | |
| 10/31/2012 | INEI | I0528030 | | Sodexo, Inc. & Affiliates | 742550 | | 677.50 | | U |
| 10/31/2012 | INEI | I0528030 | | Sodexo, Inc. & Affiliates | 742550 | | | -677.60 | U |
| 11/27/2012 | CORD | P0096295 | | Sodexo, Inc. & Affiliates | 742550 | | | 400.00 | U |
| 11/27/2012 | INEI | I0530431 | | Sodexo, Inc. & Affiliates | 742550 | | 185.00 | | U |
| 11/27/2012 | INEI | I0530431 | | Sodexo, Inc. & Affiliates | 742550 | | | -185.00 | U |
| 04/01/2013 | INEI | I0540485 | | Sodexo, Inc. & Affiliates | 742550 | | 26.50 | | U |
| 04/01/2013 | INEI | I0540485 | | Sodexo, Inc. & Affiliates | 742550 | | | -26.50 | U |
| 04/01/2013 | INEI | I0540496 | | Sodexo, Inc. & Affiliates | 742550 | | | -193.75 | U |
| 04/01/2013 | INEI | I0540496 | | Sodexo, Inc. & Affiliates | 742550 | | 193.75 | | U |
| 05/30/2013 | PORD | P0099321 | | Sodexo, Inc. & Affiliates | 742550 | | | 2,440.44 | U |
| 06/11/2013 | INEI | I0547259 | | Sodexo, Inc. & Affiliates | 742550 | | 2,440.44 | | U |
| 06/11/2013 | INEI | I0547259 | | Sodexo, Inc. & Affiliates | 742550 | | | -2,440.44 | U |
| 06/28/2013 | PCBC | *0037435 | | Batch Close PO P0096295 | 742550 | | | -67.15 | U |
| 06/30/2013 | J099 | RD6030 | | My exp PreLaw Prg to Org 63 | 742550 | | -3,523.29 | | U |
| ENDING BALANCE: | | | | Food Service-Catering Sodexho | 742550 | .00 | .00 | .00 | |

TOTAL ORGANIZATION: 231214 Pre-Law Advisor

| | | | BUDGET ACTIVITY | TRANSACTION ACTIVITY | ENCUMBRANCE ACTIVITY |
|---|---|---|---|---|---|
| Salaries & Benefits | 60 | | .00 | .00 | .00 |
| General & Administration Expenses | 70 | | 10,000.00 | .00 | .00 |

FAIRFIELD001319

Student Advisees 2012-2013 Academic Year



FAIRFIELD001320