# EXHIBIT 16

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


-----------------------------------x

SHARLENE MCEVOY                    : CIVIL ACTION NO.

                                   : 3:17CV01861(MPS)

VS.                                :

                                   :

FAIRFIELD UNIVERSITY               :

-----------------------------------x




DEPOSITION OF:  SUSANNE QUINLIVAN

DATE:  OCTOBER 12, 2018

HELD AT:  SHIPMAN & GOODWIN, LLP

          265 CHURCH STREET

          NEW HAVEN, CT 06510




Reporter:  MARY Z. ARMANDO, LSR # 00222

         CASSIAN REPORTING, LLC

         21 Oak Street, Suite 307

         Hartford, Connecticut 06106

              (860) 595-7462

APPEARANCES:


REPRESENTING THE PLAINTIFF:

MADSEN, PRESTLEY & PARENTEAU, LLC

402 ASYLUM STREET

HARTFORD, CONNECTICUT 06103

By:  TODD STEIGMAN, ESQ.

       tsteigman@mppjustice.com




REPRESENTING THE DEFENDANT:

SHIPMAN & GOODWIN, LLP

ONE CONSTITUTION PLAZA

HARTFORD, CONNECTICUT 06103-1919

By:  GARY STARR, ESQ.

       gstarr@goodwin.com

                              INDEX



WITNESS:                                           Page:


SUSANNE QUINLIVAN


Direct examination by Attorney Steigman            5


Cross examination by Attorney Starr                46



PLAINTIFF'S EXHIBITS                               Page:

Exhibit 1, 5/15/13 report on pre-law program.....  12

Exhibit 2, 2012-2013 annual report...............  21

Exhibit 3, 5/14/15 report on pre-law program.....  27

Exhibit 4, 5/10/16 report on pre-law program.....  31

Exhibit 5, pre-law 2013..........................  37

Exhibit 6, pre-law 2014..........................  38

Exhibit 7, pre-law 2015..........................  40

Exhibit 8, pre-law 2016..........................  41

Exhibit 9, pre-law 2017..........................  42



(Note:  Exhibits retained by Attorney Steigman.)

and Fairfield 903.

Q    Thank you.  And, Ms. Quinlivan, is Exhibit No. 9 a document that you prepared?

A    Yes.

Q    And does this document describe the activities that the career services office provides assistance to for the pre-law program in the 2016 to 2017 academic year?

A    Yes.

Q    And for this academic year, 2016 to 2017, this was the first year that Gwen Alphonso was the director of the pre-law advising program; is that right?

A    Right.

Q    And in the 2016 to 2017 academic year, are you aware of any changes that Gwen Alphonso made to the pre-law advising program?

A    For 2016/2017, well, she had just started.  I think she came back -- we met in August.  The changes hadn't happened yet.  That's what I'm thinking.

Q    So why don't I ask it differently so that you're not, you know, bound by particular time periods. Since Gwen Alphonso became the director of the pre-law advising program, has she made any changes to the pre-law advising program?

A     Yes.

Q     And what kinds of changes has she made to the program?

A     Well, she began -- we did surveying of the events to get feedback from students and what they would like to see or what they saw was valuable.  She's heavily marketed the program.  She did presentations to the College of Arts and Sciences Advisory Board.  She did presentations to the department chairs and the College of Arts and Sciences to bring more awareness in her new position and what the program was.

We also did a mailing to alumni, and I think it was targeted local alumni within the Connecticut area informing of the St. Robert Bellarmine Society.  Programs that we're doing for students and inviting them, you know, for participation support.  She's preparing to introduce a legal studies minor.  And we will be hosting an alumni networking reception again for local alumni inviting them to campus to inform them about the St. Robert Bellarmine Pre-law Society.

Her approach with students, I think, is a little different.  She's -- along with Sharlene she hasn't been attending open houses, but she is tracking first-year students that arrive that are interested in law or in the pre-law program.  Her hope is that if we

target them earlier, we'd be able to increase or hope

to help them craft their resume, internship

experiences, and even academic performance to heighten

the types of law schools that they would be admitted to

come senior year, more prestigious.

Q   Any other changes that you can think of that

have been made to the pre-law advising program since

Gwen Alphonso became the director?

A   Not at this time.

THE WITNESS:  You know what, can I just take

a break?

MR. STEIGMAN:  Sure.

(A recess was taken from 10:57 a.m. to 11:00 a.m.)

MR. STEIGMAN:  All set to continue,

Ms. Quinlivan?

THE WITNESS:  I am.

BY MR. STEIGMAN:

Q   After you learned that Sharlene McEvoy was no

longer going to be the director of the pre-law advising

program, did anybody from Fairfield University explain

to you why the decision had been made to not continue

her in that position?

A   No.

Sharlene's contact information and my contact information.

Q     When you say he had Sharlene's contact information, what kind of contact information are you talking about?

A     Her name, email, and phone.

Q     When you say email, that's the university's email system?

A     Yes.

Q     Not a personal email?

A     Correct.

Q     And when you said her phone number, is that her university phone number?

A     Yes.

Q     In terms of your reaching Dr. McEvoy, was there other ways in which you were able to reach her?

A     I would reach her through -- yes.  I did have her home phone number and I had a cell phone number for her.

Q     Do you know whether she posted her home phone number or her cell phone number in the De Jure newsletter?

A     No.  It was not posted.

Q     Do you know whether she posted it on her office door?

statement seminar?

A    Yes.

Q    Do you know who conducted the seminar?

A    I know we had Ellen Rutt one year of UConn.

Q    Did Dr. McEvoy conduct the personal statement seminars?

A    No.

Q    Do you know whether Don Greenberg had provided students with advice about their personal statements for their law school applications?

A    No.  I don't know that.

Q    Further down on Exhibit 2, the pre-law program mentoring.  Now, what is the pre-law mentoring program?

A    I had outreached to recent graduates. Sharlene had asked me to outreach to recent graduates who were in law school to ask if they would be willing to serve as mentors to current students about their experience.

Q    And what was the -- what was involved in the mentoring?

A    We didn't have an outline or a document or a contract about what mentoring was.  It was informal. But we identified the alumni who said they would be willing to help any student that was interested in

learning about what they went through with the process, what their first-year experience or their second-year experience in law school is, any advice they give them in helping them prepare.

Q    Okay.  And how many students from Fairfield University contacted students that were in law school?

MR. STEIGMAN:  Objection.

MR. STARR:  If you know.

A    Yeah.  I don't know.

BY MR. STARR:

Q    Were any statistics kept on how the mentorship program that you've described worked?

A    No.

Q    So there were no instructions given to the graduate who was in law school as to what was expected of him or her if they were contacted by a current Fairfield student; is that correct?

A    I would email that alum asking them if they would be willing to serve as a mentor to current students.  If they were interested in information either about their school or their experience, but it wasn't, you know, it was a hint of what I was asking them to do, but it wasn't a formal list of...

Q    And was there any follow-up after the student

contacted the person that was in law school?

A    No.

Q    And what kinds of information besides your sending out these emails to people in law school was maintained on the success of the program?

A    I guess there wasn't.

Q    Did you survey any of the current students to see whether they found contacting those in law school to be helpful to them?

A    No.  What I would ask when I gave the student -- because the student would have -- the student would go through me to get the contact information on the alum.  We just weren't giving alumni contact information out.  So the student -- because this recently happened, a student contacted me saying they would like to talk with a recent grad.  So I outreached to a recent grad who got back to me who said he would love to help the student out.

So I got in touch with the student, Hailey, and said that Sean would be happy to talk with you about his experience; he is at Quinnipiac, please keep me posted.

Q    And this program in the 2012/2013 school year, was there any follow-up by Sharlene with either the graduate in law school or with the Fairfield

University student?

A    No.

Q    Was there any follow-up by you with the graduate in law school or the current Fairfield University student as to what had happened in the program?

A    No.  You mean -- well, you mean after I gave --

Q    Yes.  After you gave them the contact information, was there any follow-up?

A    No.

Q    And was that true throughout the time that Sharlene was the director of the program?

A    Yes.

Q    At any time did Dr. Sapp ask you about the program?

A    One time I was asked by Paul Fitzgerald to go meet with him.  I don't really remember.  I just remember being there, and in the meeting David came in, which I was surprised about because I thought I was just meeting with Paul.  And David was asking what Sharlene was doing.

Q    Okay.  Did he raise questions with you -- did you understand that he had some concerns about the way the program was operating?

A     I picked up that he did.

Q     And did you share any information with him?

A     When he asked me questions I did, and he said, Well, what's her role?  And I said, She's the idea person.  She's really developing, you know, what we're doing with the program.

Q     And would you recall what year this was that you met with Dr. Fitzgerald and Dr. Sapp?

A     I would have to guess.

Q     Okay.  I don't want you to guess.

Had you had discussions with Sharlene McEvoy after your meeting with Dr. Fitzgerald and Dr. Sapp about the fact that you had been asked questions about the program?

A     No.  I didn't.

Q     Did you ever have discussions with Sharlene McEvoy about concerns about the way the program was going?

A     No.

Q     Did you ever have a conversation with Dr. McEvoy where you discussed ways in which the program could be improved?

MR. STEIGMAN:  Objection.

A     You're asking me if I did?

BY MR. STARR:

Q    Yes.

A    No.  I never had discussions.  Sharlene would ask me.

Q    And what did Sharlene ask you about it?

A    Sharlene knew -- Sharlene felt David did not like her.  She wanted to know what she could do better.  So we just, you know, talked about it.  And I said I didn't know.  You know, I didn't want to be doing more programs because I really couldn't handle doing any more programs than what I was doing with this along with my other work in career services.

Q    Okay.

A    But I didn't know what more we could do.

Q    Was it your opinion that Sharlene understood that there were concerns by Dr. Sapp about the way the program was being run?

MR. STEIGMAN:  Objection.

A    What I know is that Sharlene thought that David Sapp did not like her.

BY MR. STARR:

Q    And did it relate to the program?

MR. STEIGMAN:  Objection.

A    I mean, I think that.  Yes.  I mean, I think it would be fair to say because that was her involvement with him.

students.

Q   Was any analysis done of that information that you received from students about their LSAT scores?

A   No.

Q   Was any analysis --

A   Well, you know, let me back up.  What do you mean by analysis?  Did I compile it?

Q   Yeah.  Did you compile it in a way that someone could analyze the data and look at it and see where people with what scores were getting into what law schools?

A   I think I forwarded it to Sharlene, like when the students emailed me back if they gave me the LSAT score.

Q   And did she share with you any analysis that she did of the grade point averages and LSAT scores of students and what law schools they were being successful in?

A   No.

Q   If you would look at Exhibit 4, Exhibit 4 is the report of the pre-law program for the '15/'16 academic year; is that correct?

A   Yes.

Q   And this is Dr. McEvoy's report?

A    Yes.

Q    -- there is no reporting on the number of students who attended either, is there?

A    No.

Q    And she didn't ask you for any information about the number of students that attended?

A    Right.

Q    Did you ever have a discussion with Dr. McEvoy about the benefit to the law students of the -- of attending the play Defamation?

A    No.

Q    Did you have any discussion with Dr. McEvoy about the benefits to the students of attending the film Dishonesty?

A    I remember her telling me about what that was.  No, I didn't know the benefit to the students.

Q    And there wasn't any survey taken of the students to see what benefits they thought of the program?

A    No.

Q    During the time that Dr. McEvoy was the director of the pre-law advising program, did she ever survey the students to determine what benefits they were getting from the programs?

A    No.

Q    Did she ever -- did Dr. McEvoy ever survey the students about what programs they might want to see presented?

A    No.

Q    Was there ever any discussion with you about whether the Bellarmine Society should have student officers?

A    She did mention that.  She talked about that.

Q    And did you ever establish student officers for the Bellarmine Society?

A    No.

Q    Did the students have any input into what programs the Bellarmine Society was going to offer?

A    Students could give input.  Are you asking me to be --

Q    Did they?  Do you know if they did?

A    No.  I don't know.

Q    Do you know if Dr. McEvoy ever solicited students' input?

A    I don't know.

Q    What was the allocation of work between you and Dr. McEvoy with respect to the pre-law program?

MR. STEIGMAN:  Objection.

MR. STARR:  Do you understand my question?

A    Yes.  What was the -- I am just not sure how

CERTIFICATE OF REPORTER

I, Mary Z. Armando, a Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that pursuant to Notice, there came before me, on the 12th day of October, 2018, at 9:48 a.m., the following named person, to wit:  SUSANNE QUINLIVAN, who was by me duly sworn to testify to the truth and nothing but the truth; that she was thereupon carefully examined upon her oath and her examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my seal this 17th day of October, 2018.

*Mary Z Armando*

_____

Mary Z. Armando, Notary Public
CT License No. 00222
My Commission expires:  5/31/22