# EXHIBIT 17

**From:** "McEvoy, Sharlene A." <SAMcEvoy@fairfield.edu>
**Date:** June 21, 2015 at 2:07:19 PM CDT
**To:** "Williams, Yohuru R." <ywilliams@fairfield.edu>
**Subject: RE: Pre Law Director**

Yohuru:  Yes, to confirm our conversation of a few days ago.  Sharlene

**From:** Williams, Yohuru
**Sent:** Wednesday, June 10, 2015 10:13 AM
**To:** McEvoy, Sharlene A.
**Cc:** Martin, Laura
**Subject:** Pre Law Director

Wednesday, June 10, 2015

Dear Sharlene,

I am writing to offer you an official appointment as Director of the Pre-Law Program for academic year 2015-2016. Just to be clear, this is a one-year appointment, renewable at the discretion of the Provost's office pending annual review. I realize this is a break with previous practice, but your original appointment term ended this month, and given the changes associated with Fairfield 2020, the Provost's office is taking the year to review all contractual arrangements including those governing program directors with an eye toward increasing efficiency, effectiveness, and accountability across the campus.  This is no way a negative reflection on your service to the university. Your stipend and duties for the year would remain the same. Please let me know if you are willing to accept this one-year appointment no later than June 15, 2015.

Thank you in advance for your prompt attention to this matter.

All the best,

Yohuru

Yohuru Williams, Ph.D
Associate Vice President for Academic Affairs
Professor of History
Fairfield University
1073 North Benson Road
Fairfield, CT 06824
Tel: 203.254.4025
ywilliams@mail.fairfield.edu

CONFIDENTIAL

FAIRFIELD000842