# EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHARLENE MCEVOY,                    )
        Plaintiff,                  )  Civil Action No.
                                    )  3:17-CV-01861 (MPS)
            VS                      )
                                    )
FAIRFIELD UNIVERSITY,               )
        Defendant.                  )

DEPOSITION OF:  HOPE OGLETREE
DATE:           September 13, 2018
HELD AT:        SHIPMAN & GOODWIN, LLP
                265 Church Street
                New Haven, Connecticut

Reporter:  Tina Davis, LSR #00221
        Cassian Reporting, LLC
            21 Oak Street
    Hartford, Connecticut 06106
        860-595-7462

APPEARANCES:


    Representing the Plaintiff:

        MADSEN, PRESTLEY & PARENTEAU, LLC
        402 Asylum Street
        Hartford, Connecticut 06106
        By: TODD D. STEIGMAN, ESQ.
            tsteigman@mppjustice.com


    Representing the Defendant:

        SHIPMAN & GOODWIN, LLP
        One Constitution Plaza
        Hartford, Connecticut 06103-1919
        By:  GARY STARR, ESQ.
            gstarr@goodwin.com

S T I P U L A T I O N S

It is stipulated by counsel for the parties that all objections are reserved until the time of trial, except those objections as are directed to the form of the question.

It is stipulated and agreed between counsel for the parties that the proof of the authority of the Notary Public before whom this deposition is taken is waived, and that any defects in the notice are waived.

It is further stipulated that the reading and signing of the deposition transcript by the witness may be signed before any Notary Public.

been no reason for me to be with her.

Q    Okay.  And you weren't Professor McEvoy's supervisor in any capacity; right?

A    No.  We were colleagues on two sides of our university.

Q    Do you know whether it was ever conveyed to Professor McEvoy that her role as the director of the prelaw advising program included the responsibility to raise money?

A    No.  I don't -- no.  I'm the fundraiser. This was -- this was a positive opportunity to highlight a program that she was running.

Q    During the time that you were at Fairfield and you had occasion to interact with the prelaw program, did you ever form a personal view on the quality of Professor McEvoy's performance as the director of that program?

A    No.  That's not my responsibility -- it's not my responsibility, and it would not have been something that would have been asked of me.

Q    When you were at Fairfield University, did you communicate any criticisms of the prelaw program to anybody else at Fairfield?

A    I don't think I did criticisms.  I think -- I think Sharlene has a personality that sometimes is

difficult.  You know, clearly a very smart woman with her own law degree, certainly capable of what I saw her doing.  She was tough on her students.  That I know.  She didn't think that they all worked as hard as they should.

But beyond that, you know, she looked to me like she was a professional professor doing what she thought was best for her students.

Q    Did you ever have any communications with Lynn Babbington regarding --

A    No.

Q    -- the prelaw program?

A    No.  Because Lynn was the dean of the nursing school when I was there.  She was promoted to provost after that.  So I didn't have any interaction with her at all.

Q    Okay.  How about Yohuru Williams?

A    None.

Q    Did you have any communications --

A    No.

Q    -- with him about the prelaw program?

A    No, none.

Q    During the time that you worked at Fairfield, did you have an understanding as to who was responsible for supervising Professor McEvoy in her

themselves well and the networking that they created was the whole point of that, was to help them as they were thinking about law school, connect with alumni who had, perhaps, gone to some of those law schools, who could then act as recommendations for them.  So there was a real step-by-step process here to help our students.  That's why we would do all of these events.

Q   You mentioned those details about the interaction you had with Professor McEvoy and, you know, the issue of her wearing business suits for one of these events.  Did you ever communicate any concerns about Professor McEvoy's dress to anybody else at Fairfield University?

A   Not that I can recall.

Q   Okay.  And earlier in the deposition I believe you made a remark about Professor McEvoy's personality and that she could sometimes be difficult or words to that effect.

A   Yes.

Q   Did you ever convey any concerns about that subject matter to anybody else at Fairfield University?

A   I think she and I could handle this quite easily one on one.  So I'm not -- I can't remember if there was some passing comment.  But certainly I'm not

CERTIFICATE OF REPORTER

I, Tina Davis, Notary Public, duly commissioned and qualified in and for the State of Connecticut, do hereby certify there came before me, on the 13th day of September, 2018, the following named person, to wit:  HOPE OGLETREE, who was by me duly sworn to testify to the truth and nothing but the truth; that she was thereupon carefully examined upon her oath and her examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition is taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

WITNESS my hand and affixed my seal this 25th day of September, 2018.

Tina Davis, LSR

My commission expires:  September 30, 2022