# EXHIBIT 19

I just learned Sharlene called Wally Halas to say that she feels I have been over stepping my bounds and questioning her authority and direction of the program. That was not my intent, rather to help involve new donors to help make the program even better. In fact, I copied you on the most recent e-mail below to Sharlene, which I thought was respectful.

I thought you should be aware of this before you speak with her about donor recognition and new ways to involve alumni such as virtual mentorships.

Thanks,

Chris

**From:** Pates, Christopher
**Sent:** Friday, September 05, 2014 7:18 AM
**To:** McEvoy, Sharlene
**Cc:** Quinlan, Siobhan; Williams, Yohuru
**Subject:** A couple questions

Good morning Sharlene,

In case you were unaware, Hope Ogletree no longer works in University Advancement. Please consider me a contact moving forward.

The issue of *DeJure* currently on the Pre-Law Program web page appears to be from 2012. Are there plans to produce a new issue and place it on the site?

What are some specific ways in the upcoming school year that alumni who are practicing attorneys can become involved with the program?

Please let me know about both of the above.

Thanks,

Chris

Christopher A. Pates, MA *Candidate* '15
Director of Development
Advancement Liaison, Deans, Center Directors & Advisory Boards
Fairfield University
1073 North Benson Road
Fairfield, CT 06824
203.254.4000 Ext. 2519 (office)
203.415.8348 (cell)

CONFIDENTIAL FAIRFIELD000844