# EXHIBIT 22

⟨10⟩

## McEvoy, Sharlene A.

| | |
|---|---|
| **From:** | Fitzgerald, Paul |
| **Sent:** | Tuesday, September 04, 2012 4:01 PM |
| **To:** | McEvoy, Sharlene |
| **Subject:** | Re: Pre-Law |

Thanks Sharlene,

Mostly it will just be a chance to thank you for taking this on, and signaling to faculty that they can work with you and send students your way going forward.

When you have a chance, you will want to change the pre-law pages on the web. Laura Martin in my office can help you with it, as can Cath Borgman's staff.

http://www.fairfield.edu/cas/pre_law_fac.html

Best regards,

Paul

**From:** "McEvoy, Sharlene" <SAMcEvoy@fairfield.edu>
**Date:** Tue, 4 Sep 2012 15:29:57 -0400
**To:** Paul Fitzgerald <pfitzgerald@fairfield.edu>
**Subject:** RE: Pre-Law

Dear Father: I have been forging ahead with many of the initiatives that we talked about so you can use that list of activities we talked about. Don't build up expectations too high. Let's wait and see if these ideas jell. Sharlene

**From:** Fitzgerald, Paul
**Sent:** Friday, August 31, 2012 11:38 AM
**To:** McEvoy, Sharlene
**Subject:** Pre-Law

Dear Sharlene,

I hope that this finds you well, that the summer months were restful and productive, and that you are ready to take up your new responsibilities as Director of Pre-Law Advising. I plan to mention your appointment in my remarks to the general faculty this coming Wednesday. May I use the outline of activities and programs that you shared with me in the spring, or do you have some more specific information that I could mention? I heard, for example, that you had a good meeting with Stephanie Frost and her team, and that contact is being established between you and John Mancini, one of the several alumni benefactors who is helping us with this new effort.

Thanks again for your enthusiastic willingness to lead our pre-law program to a new day.

Paul

1

CONFIDENTIAL

MCEVOY 000196