# EXHIBIT 23

**From:**      Bridget
**Sent:**       Thursday, February 20, 2014 4:20 PM
**To:**          McEvoy, Sharlene
**Subject:**   Re: Law School Application

Dear Dr. McEvoy,

When I was searching through my emails I realized that I never responded to you. Thank you again for your help with my essays/the whole process, I really appreciate it.

I applied to American, BC, Suffolk, Syracuse, St. John's, Drexel, Fordham, Notre Dame, Duke, UVA, Marquette, and William & Mary.

So far I have received acceptances from American, Syracuse, St. John's, Drexel, Marquette, and W&M! I have received generous offers from the safeties, and a fellowship from W&M. I'm still waiting to hear back from the rest but so far it looks like it will come down to the decision of going to a more prestigious school with less aid versus a lower ranked school with a full ride.

I'm going to talk to as many people as I can in the meantime to help inform my decision, but I will let you know where I finally decide (and any advice is always welcome!).

Thank you,
Bridge

On Wed, Jan 15, 2014 at 11:55 AM, McEvoy, Sharlene <SAMcEvoy@fairfield.edu> wrote:

Bridget:  Did you check each school's website to see what question the school asks you to answer in your essay.  Some have a specific question and are not looking for a generic essay.  I think that 163 is quite good.  Is Fordham one of your choices?  Sharlene McEvoy

**From:** Bridget
**Sent:** Thursday, January 09, 2014 12:00 PM
**To:** McEvoy, Sharlene
**Subject:** Law School Application

Dear Dr. McEvoy,

I hope all is well and that you had a great holiday break! I just had a quick question, I am preparing to submit my applications to law school hopefully by next week. However, I did not tailor my essays to each individual school nor did I mention any school names in the essay. Is this a mistake? One of the biggest errors that I read online from admissions counselors was to list the wrong name of the school in the essay which was why I wanted to avoid it.

1

CONFIDENTIAL                                                                   MCEVOY 000355

It probably wouldn't take a lot of time to add them in but I was just hoping for a second opinion on this.

Thank you for editing them to begin with! (Also, I got a 163 on the LSAT which wasn't quite as high as I wanted but hopefully in conjunction with my GPA it will be good enough!).

Thank you,

Bridget

2

CONFIDENTIAL

MCEVOY 000356