# EXHIBIT 24



**SHIPMAN &
GOODWIN** LLP®
COUNSELORS AT LAW

Gary S. Starr
Phone:  (860) 251-5501
Fax:      (860) 251-5216
E-mail:  gstarr@goodwin.com

May 30, 2017

**VIA E-MAIL:  donna.wilkersonbrillant@ct.gov**

Donna M. Wilkerson Brillant
State of Connecticut
Commission on Human Rights and Opportunities
350 Fairfield Avenue, 6th Floor
Bridgeport, CT  06604

> Re:  Dr. Sharlene Ann McEvoy v. Fairfield University
> CHRO No. 1720403
> EEOC No.  (Pending)

Dear Ms. Wilkerson Brillant:

The complaint filed by Dr. Sharlene McEvoy, who continues to teach Business Law in the Dolan School of Business at Fairfield University, must be dismissed.  The complaint was not filed within 180 days of the expiration of her appointment as the Director of the Pre-Law Advisory Program on June 30, 2016.  Further while she alleges that her age was the reason for her not being re-appointed, she offers no evidence and makes no allegations that there is a causal connection between her age and Fairfield University's decision to not reappoint her to a director position that is regularly rotated among the faculty.[1]

---

[1] In her Complaint, Dr. McEvoy has checked off the box indicating that she believes she was discriminated against in violation of Title VII.  There are no allegations in her complaint supporting a violation of that statute.  Consequently, her Title VII claim must be dismissed.

5675399v1

Donna M. Wilkerson Brillant
State of Connecticut
Commission on Human Rights and Opportunities
May 30, 2017
Page -2-

The Commission on Human Right and Opportunities Lacks Jurisdiction Over Dr. McEvoy's Complaint

Dr. McEvoy's complaint was filed beyond the time within which the Commission on Human Right and Opportunities (CHRO) has jurisdiction. Under Connecticut law, a complaint must be filed within 180 days of when the adverse action takes place. The date stamp of the CHRO's receipt of the complaint is March 22, 2017. Dr. McEvoy received a one year letter of appointment in June 2015 as Director of the Pre-Law Advising Program which appointment ended June 30, 2016. A copy of the appointment letter is enclosed. Exhibit 1. This one year appointment followed her completion of a three term as the Director.

In May 2016, Dr. McEvoy met with Dean of the College of Arts and Sciences, Yohuru Williams. At that meeting, he indicated that she would not be continuing as the Director of the Pre-Law Advising Program after June 30, 2016. As her appointment ended June 30, 2016, the 180th day would have been December 27, 2016. Quite clearly she did not bring her complaint within that time period.[2]

There is no support for a claim of age discrimination

Even beyond the timeliness bar, there is no basis for an age discrimination claim. Dr. McEvoy complains that she was not reappointed to a Directorship, which she had held for 4 years. She alleges that this was because of her age.[3] While her allegations are sufficient to meet the minimal requirement that she be in a protected age group and that she suffer some adverse action (not being reappointed), she has not alleged that a causal connection between her not being reappointed and her age. She has offered no evidence of more favorable treatment of employees not in the protected group. She has not alleged that any comments were made about her age. She has only pointed to the age of Dr. Gwendoline Alphonso, who was appointed as the Director of the Pre-Law Advisory Program and claimed that Dr. Alphonso is less qualified and less experienced.

---

[2] To the extent that Dr. McEvoy is alleging violations of federal law, a claim of employment discrimination accrues for statute of limitations purposes on the date the employee learns of the employer's alleged discriminatory conduct. *See, e.g.,* Delaware State College v. Ricks, 449 U.S. 250, 258, 101 S.Ct. 498, 504 (1980); Flaherty v. Metromail Corp., 235 F.3d 133, 137 (2d Cir. 2000). As the letter of appointment was for a one year period, when she received the letter in June of 2015, the clock began to run on the 300 day period. Certainly she is well beyond the time period. Even if one were to be generous and count from her May meeting with Dr. Williams, the complaint was still filed beyond the 300 day period. The federal claim is untimely and time barred.

[3] It is worth noting that Dr. McEvoy was appointed to be the Director when she was 62 years old.

5675399v1

Donna M. Wilkerson Brillant
State of Connecticut
Commission on Human Rights and Opportunities
May 30, 2017
Page -3-

The allegation that Dr. Alphonso is less qualified than Complainant is baseless and is only Complainant's personal opinion[4]. Dr. Alphonso is an Associate Professor of Politics in the College of Arts and Sciences. She has the following degrees: PhD - Cornell University, Department of Government; JSD - Cornell University Law School; BCL - Oxford University and B.A.LL.B - National Law School of India University.

She is currently working on a book manuscript: "Family and Party Politics in America." Her most recent publications are Gwendoline Alphonso "Resurgent Parenthood – Organic Domestic Ideals & the Southern Family Roots of Conservative Ascendancy, 1980-2004" Polity 48 (2016): 205-223; Gwendoline Alphonso "From Need to Hope: The American Family & Poverty in Partisan Discourse," Journal of Policy History 24:7 (Autumn 2015) 592-635; Gwendoline Alphonso "Public & Private Order: Law, Race, Morality and the Antebellum Courts of Louisiana, 1830-1860," Jour. Southern L Hist, 23 (2015): 117-160; and Gwendoline Alphonso "Of Families or Individuals? Southern Child Workers & the Progressive Crusade for Child Labor Regulation, 1899-1920" in James Marten (ed.) Children and Youth during the Gilded Age and Progressive Period (New York: New York University Press, 2014) pp. 59-80.

Dr. Alphonso has also received praise from her students for her ability to teach, be accessible and to communicate clearly. As a faculty member, the administration has observed and praised her organizational skills. She has also had experience in the practice of law so that she brings a real life experience to the advisory program. Dr. Alphonso is not less experienced in her ability to discuss law school, a legal education, and the experience practicing law.

Dr. McEvoy was appointed to the position of Director of Pre-Law Advising on July 3, 2012 for a three year term beginning July 1, 2012 and concluding June 30, 2015. Exhibit 2. The appointment to this position for a limited time is consistent with other Committee and Director assignments at the University. Such appointments are usually made for 2 or 3 years as the University believes it is important to rotate such responsibilities. For example, Dr. McEvoy was on the Fulbright Faculty Committee and rotated off the Committee in 2008 as part of the normal rotation of faculty

---

[4] Her own speculation about being treated differently is insufficient to establish a prima facie case. LoCorriere v. NBTY, Inc., 2016 FEP Cases 45699 (E.D.N.Y. 2016)( plaintiff relies on pure speculation and has not produced any evidence to support a rational finding by a jury that, more likely than not, discrimination was a motivating factor in requiring her to submit to a drug test, relocating her between different facilities, or causing her disciplinary warnings. The Court concluded that plaintiff failed to raise a genuine question of fact as to her Title VII and ADA discrimination claims and granted the motion for summary judgment on those claims.

5675399v1

Donna M. Wilkerson Brillant
State of Connecticut
Commission on Human Rights and Opportunities
May 30, 2017
Page -4-

members. Exhibit 3. Beyond the fact that such positions are usually rotated among the faculty, there were also concerns about Dr. McEvoy's performance in the position.

During the 2013-2014 school year, issues arose regarding the direction of the program and, in particular, complaints arose from the Development Office regarding outreach to lawyers and judges who were University graduates and the ways in which they had not been utilized in the Pre-Law Advising Program. These issues were discussed with Dr. McEvoy, but needed changes were not implemented. In 2014, there were significant changes in the administration. The Senior Vice President for Academic Affairs left the University for a Presidency in San Francisco in May 2014. He was replaced by Dr. Lynn Babington. The Associate Vice President for Academic Affairs, David Sapp, also left in June 2014. He was replaced by Dr. Yohuru Williams. There were also changes occurring as a result of the Fairfield 2020plan. In the spring of 2015, notwithstanding the concerns about Dr. McEvoy's performance and the fact that her three term was expiring, the decision was made to extend her directorship for one year, although the intention was that this was a terminal contract and that a change in the directorship would be made at the end of the year to bring about improvements to the program and continue the practice of rotating directorships.

On June 10, 2015, Yohuru Williams, then the Associate Vice President for Academic Affairs and Professor of History, offered Dr. McEvoy a one-year appointment as Director of Pre-Law Advising. It was made clear that the appointment, while renewable at the discretion of the Provost's office after an annual review, was anticipated to be a terminal appointment. Dr. Williams' letter explained that the Provost's office was going to be reviewing all programs and program directors to assess efficiency, effectiveness and accountability. Exhibit 1.

The areas of concern with Dr. McEvoy's performance included that she was not accessible by email as she did not respond when sent emails; she did not make herself readily available to students who were generally taking classes in other campus buildings; she was not using the Internet in an effective way to promote the programs on the Pre-Law program; and she was not viewed as working cooperatively with the Development Office. These issues had been identified by Dr. Sapp and discussed with Dr. McEvoy. They continued to be problems in her last year as Director.

5675399v1

Donna M. Wilkerson Brillant
State of Connecticut
Commission on Human Rights and Opportunities
May 30, 2017
Page -5-

During the 2015-2016 school year, Dr. Williams and others in the University's administration received complaints from other administrators and staff who were unable to reach Dr. McEvoy by phone or email. Dr. Williams received feedback from faculty members who relayed to him complaints they had received from students who were having a difficult time reaching Dr. McEvoy or getting a response from her. There was also feedback from the University's Board of Trustees and a law school advisory committee that the Pre-Law Advisory Program was not addressing new developments in the law and, in particular, programs were not covering health care issues or technology issues. Despite numerous efforts to reach her and to try to schedule meetings with her, Dr. Williams' office was unable to get a response from her or to be able to set up meetings with her. She was not responsive to emails and was not returning messages that were left for her.

In May 2016, prior to a meeting with Dr. McEvoy, Dr. Williams met with Dr. Babington, who was then the Provost. They discussed the continuing issues with Dr. McEvoy's performance, and the need to reinvigorate the program and give the program a new direction. They decided not to extend Dr. McEvoy's time as director of the Pre-Law Advisory program. They hoped to find a way to be more responsive to students and alumni and improve the working relationship with the Development Office.

In May 2016, Dr. Williams finally met with Dr. McEvoy and discussed with her the continuing issues that concerned the administration about her performance and the need to change the direction of the program. It was made clear that her time as the Director was going to end on June 30, 2016. Her appointment as the Director of the Pre-Law Advising Program then ended on June 30, 2016. At no time after her meeting with Dr. Williams did Dr. McEvoy seek to meet with the Provost to discuss the fact that her role as Director was ending and did end on June 30, 2016.

Fairfield University had a legitimate non-discriminatory basis for appointing Dr. Alphonso. Dr. McEvoy was not meeting the University's expectations for the program, the program needed to be reinvigorated, and it was time to rotate directors.

5675399v1

Donna M. Wilkerson Brillant
State of Connecticut
Commission on Human Rights and Opportunities
May 30, 2017
Page -6-


In short, the complaint of Dr. McEvoy was filed beyond the applicable statues of limitations. Consequently, this matter must be dismissed. Even if the CHRO should ignore the law and review the facts, it is clear that the complaint must be dismissed as age was not a factor in the decision to not reappoint Dr. McEvoy to continue as the Director of Pre-Law Advisory Program.

Very truly yours,

Gary S. Star

GSS/

Enclosure


cc.    Dr. Sharlene Ann McEvoy
       200 Emmett Avenue
       Derby, CT  06418

5675399v1

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

DR. SHARLENE ANN McEVOY        :      COMPLAINT NO.  1720403
      COMPLAINANT,              :      EEOC NO:  PENDING
                                     :

v.                                   :
                                     :

FAIRFIELD UNIVERSITY          :
      RESPONDENT             :      MAY 31 , 2017

## **VERIFICATION**

The Respondent submits this Verified Answer on the basis of its investigation of this matter.  While it is impossible for any one person to verify from personal knowledge all of the facts set forth in the Verified Answer, having reviewed the Verified Answer, I do hereby state that, to the best of my knowledge, the facts set forth in them are true.

_____
Kevin Lawlor

Subscribed and sworn to
Before me this 31ˢᵗ day of
May 2017.

_____
Notary Public WENDY WOLFE
My Commission expires:
    June 30, 2018

5574938v1

# EXHIBIT 1

**From:** McEvoy, Sharlene A. <SAMcEvoy@fairfield.edu>
**To:** Williams, Yohuru R. <ywilliams@fairfield.edu>
**Subject:** RE: Pre Law Director
**Date:** Sun, Jun 21, 2015 3:08 pm

Yohuru:  Yes, to confirm our conversation of a few days ago.  Sharlene

**From:** Williams, Yohuru
**Sent:** Wednesday, June 10, 2015 10:13 AM
**To:** McEvoy, Sharlene A.
**Cc:** Martin, Laura
**Subject:** Pre Law Director

Wednesday, June 10, 2015

Dear Sharlene,

I am writing to offer you an official appointment as Director of the Pre-Law Program for academic year 2015-2016. Just to be clear, this is a one-year appointment, renewable at the discretion of the Provost's office pending annual review. I realize this is a break with previous practice, but your original appointment term ended this month, and given the changes associated with Fairfield 2020, the Provost's office is taking the year to review all contractual arrangements including those governing program directors with an eye toward increasing efficiency, effectiveness, and accountability across the campus.  This is no way a negative reflection on your service to the university. Your stipend and duties for the year would remain the same. Please let me know if you are willing to accept this one-year appointment no later than June 15, 2015.

Thank you in advance for your prompt attention to this matter.

All the best,

Yohuru

Yohuru Williams, Ph.D
Associate Vice President for Academic Affairs
Professor of History
Fairfield University
1073 North Benson Road
Fairfield, CT 06824
Tel: 203.254.4025
ywilliams@mail.fairfield.edu

# EXHIBIT 2



Senior Vice President for Academic Affairs

Dr. Sharlene McEvoy
Professor of Business Law
Dolan School of Business

Dear Sharlene,                                                                July 3, 2012

I am grateful for your willingness to take on the position and responsibilities of Director of Pre-Law Advising at Fairfield University. I hereby appoint you to that position for a three year term, beginning July 1, 2012 and concluding June 30, 2015. As we discussed, you will report to Associate Vice President for Academic Affairs Dr. Beth Boquet, who among her areas of responsibility oversees all academic advising at Fairfield University. You will collaborate with Cath Borgman, Director of the Career Planning Center.

To compensate you for your efforts, you will receive an annual stipend of ten thousand dollars. You will also have access to an annual operating budget of ten thousand dollars for programming, supplies, contracted services, ongoing formation and other business expenses. I was impressed by your proposal, wherein you highlighted your initial plans and ideas: the formation of a Pre-Law Club with twice annual meetings, at which Fairfield University alumni who are lawyers or judges would be invited to speak. Janet Canepa and the Office of Alumni Relations can be of help in this regard. You plan to gather and analyze data on GPA's, LSAT scores and relative success in gaining admissions to various law schools in order to assess outcomes and give the best advice and guidance to students. The Office of Institutional Research will be able to assist you in setting this up. You plan to increase the number of internships in private law offices, Public Defenders and District Attorneys offices, etc. Cath Borgman will be of help in this regard as well. Finally, you have plans to reconnect with Fairfield Alumni who have made careers in the law in order to foster support for our undergraduate pre-law students. The Advancement Division will be of help and guidance in this regard.

These are exciting times at Fairfield University. We have made great strides over the past few years to improve the quality of our advising and mentoring of students. Your appointment as Director of Pre-Law Advising is another very positive step in that process.

Sincerely yours,

Paul Fitzgerald SJ
Senior Vice President for Academic Affairs

cc: Don Gibson
    Carl Scheraga
    Cath Borgman
    Beth Boquet

# EXHIBIT 3


**Fairfield**
UNIVERSITY

*Office of the*
*Academic Vice President*

August 31, 2009

Sharlene McEvoy
Business - Management
DSB 1120

Dear Sharlene:

I am writing to ask if you would be willing to serve on the Fulbright Faculty Steering Committee. As you may know, the responsibility for overseeing the Fulbright process is under Associate Vice President/Dean Edna Wilson, who has overall accountability for our efforts in this area. She works with the Faculty Steering Committee and members of her staff already involved in international education to continue to re-shape our program. I very much hope that you will be willing to work with her in this important aspect of our international initiatives.

I know Edna has talked with you regarding a special role of faculty leadership and facilitation and I am most grateful for your assistance in this area. I look forward to working with Edna and you on these matters. Please respond to Sharon Wilcox at x4124 regarding your availability to be on this committee.

Sincerely,

Paul J. Fitzgerald, S.J.
Senior Vice President for Academic Affairs

PJF/slr

1073 North Benson Road    Fairfield, CT 06824-5195    Tel: (203) 254-4000, ext. 2778    Fax: (203) 254-4101    www.fairfield.edu