# EXHIBIT 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARLENE McEVOY <br><br>            Plaintiff, <br><br> v. <br><br> FAIRFIELD UNIVERSITY <br>           Defendant. | CIVIL ACTION NO. <br><br> 3:17-cv-01861 (MPS) <br><br><br> June 8, 2018 |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

### INTERROGATORIES

1.    Please identify all persons who answered these Interrogatories and Production Requests.

**ANSWER:**

Attorney Christine Brown, Title IX Compliance Coordinator, and Mark Guglielmoni, Director of Human Resources, assisted in answering the Interrogatories and locating documents responsive to the Production Requests.

2.    Please identify the person or persons who provided information or responses used in answering each of these interrogatories. If more than one person provided information for a single interrogatory, please identify with precision the information provided by each person.

**ANSWER:**

Mark Guglielmoni, Director of Human Resources provided the information responsive to Interrogatories 4, 5, 6, and 7.

David Sapp, Yohuru Williams, Susanne Quinlivan, Lynn Babington, Christopher Pates, Geri Derbyshire, Christine Siegel, and Hope Ogletree provided the information responsive to Interrogatory 8.

Christine Brown and Mark Guglielmoni provided the information responsive to Interrogatory 3.

1

3.      Please identify each person whom Defendant anticipates calling as a witness at trial of this matter, and for each such witness please identify in summary fashion the subject matter of each said witnesses' testimony.

**ANSWER:**

While Fairfield University has not determined who it will call in the event of a trial, the following are those who it currently knows may be called to testify. However, Fairfield University reserves the right to supplement this list and well as those identified in its initial disclosures as having information about the Pre-Law Advisory Program.

Dr. Yohuru Williams - Dr. McEvoy reported to Dr. Williams in her role as the Director of the Pre-Law Advisory Program. He learned from Dr. Sapp, who previously had supervised Dr. McEvoy in her role as Director of the Pre-Law Advisory Program that Dr. Sapp had identified areas of concern with Dr. McEvoy's performance. These included that she was not readily accessible by email; that as she did not timely respond when sent emails; she did not make herself readily available to students who were generally taking classes in other campus buildings; she was not using the Internet in an effective way to promote the programs of the Pre-Law program; and she was not viewed as working cooperatively with the Development Office. Dr. Williams found similar issues with Dr. McEvoy. He also reviewed her annual reports and provided feedback on what she was doing. In conjunction with Dr. Lynn Babington, he decided to extend Dr. McEvoy's appointment as Director for one year beyond her three year initial term, after Dr. Alphonso declined the position. Dr. Williams, in conjunction with Dr. Babington, decided to offer again the position to Dr. Alphonso for 2016-2017 in the hope that she would reinvigorate the program, find a way to be more responsive to students and alumni, and improve the working relationship with the Development Office. Dr. Alphonso accepted the position. He can also testify about the way appointments are made regarding academic positions.

Dr. Lynn Babington - Dr. Williams reported to Dr. Babington. She was familiar with the Pre-Law Advisory Program and discussed the program with Dr. Williams. In conjunction with Dr. Williams, they decided extend Dr. McEvoy's appointment as Director for one year beyond her term after Dr. Alphonso declined to take the Director position in 2015-2016 and then to appoint Dr. Gwen Alphonso as the Director the following year. She can also testify about the way appointments are made regarding academic positions.

Susanne Quinlivan - Ms. Quinlivan works in the Career Leadership and Professional Development Center and has worked with the Directors of the Pre-Law Advisory Program, Her work has included, but has not been limited to, planning and implementing programs and communications related to the Pre-Law Advisory Program. She will testify about her involvement with the Pre-Law Advisory Program and her interactions with Dr. McEvoy and Dr. Alphonso and others involved with the Program.

2

Gwen Alphonso - Professor Alphonso is a professor in the College of Arts and Sciences where among other things she teaches courses in politics. She was appointed the Director of the Pre-Law Advisory Program in June 2016 and has been responsible for the program since that date. She had been offered the position for 2015-2016, but declined at that time. She is aware of what the program was doing during the time that Dr. McEvoy was the Director and what she has done since then.

Geri Derbyshire, Associate Vice President for Development. She interacted with Dr. McEvoy regarding fund raising for the Pre-Law Advisory Program as well as supervised Chris Pates and other Development employees, who were involved with the Program and fundraising related to the College of Arts and Sciences.

Hope Ogletree worked in the Advancement Office and had a role in fundraising and efforts at fundraising for the Pre-Law Advisory Programs. In this regard, she interacted with Dr. McEvoy regarding fund raising for the Pre-Law Advisory Program.

Cathleen Borgman - Director of Career Leadership and Professional Development. Ms. Borgman participated in meetings with Paul Fitzgerald about the Pre-Law Advisory Program. She had communicated with Dr. Williams, and Susanne Quinlivan about the Pre-Law Advisory program under both Dr. McEvoy and Dr. Alphonso.

Christopher Pates, former Director of Development (May 1. 2012 to April 8, 2016) - Mr. Pates worked on fundraising for the University, including, but not limited to, the College of Arts and Sciences, Dolan School of Business, and the Pre-Law Advisory Program. He had interactions with Dr. McEvoy, Dr. Williams, other University administrators, donors, and volunteers about the Program and can testify about his experiences with Dr. McEvoy.

Mark Guglielmoni - Mr. Guglielmoni can testify concerning human resources policies and records.

Dr. Christine Siegel, Provost - Dr. Siegel can testify about the way appointments are made regarding academic positions.

4.      During the period of 1998 to the present, identify the individuals who have served in the position of Director of Defendant's Pre-Law Advising Program, and the years in which the person(s) have held the position.

**ANSWER:**

Professor Alan Katz served as the advisor for pre-law students from approximately August 1984 through the 2006-2007 academic year. He was not the Director of Defendant's Pre-Law Advising Program as that position did not exist.

3

**ANSWER:**

Fairfield University's insurance policy with United Educators is enclosed as Fairfield001147-Fairfield001158.

19.     Please produce any document in which an insurance business has disclaimed/reserved its duty to indemnify any insured or any other person protected by the agreement produced in response to Request for Production No. 18.

**ANSWER:**

The November 27, 2017 letter from United Educators to Christine Brown is enclosed.  See Fairfield001145-Fairfield001146.

20.     Please produce non-privileged documents concerning, evidencing, or relating to the complaints identified in response to Interrogatory No. 7.

**ANSWER:**

None, other than the documents relating to Dr. McEvoy's allegations, which Plaintiff has.

DEFENDANT,
FAIRFIELD UNIVERSITY

By: _____
Gary S. Starr
Christopher E. Engler
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5316
Email: gstarr@goodwin.com
Their Attorneys

11