**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SHARLENE MCEVOY,** | : | **CIVIL ACTION NO.:** |
| **Plaintiff** | : | |
| | : | **3:17CV01861 (MPS)** |
| **v.** | : | |
| | : | |
| **FAIRFIELD UNIVERSITY,** | : | |
| **Defendant** | : | **JANUARY 11, 2019** |

**INDEX OF EXHIBITS**
**TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Exhibit A    Curriculum Vitae of Sharlene McEvoy

Exhibit B    April 2, 2013 Email correspondence between Sharlene McEvoy and
Father Paul Fitzgerald

Exhibit C    February 18, 2015 Email correspondence between Sharlene McEvoy and
Laura Martin

Exhibit D    Deposition Transcript of Sharlene McEvoy

Exhibit E    Declaration of Sharlene McEvoy

Exhibit F    Deposition Transcript of Christopher Pates

Exhibit G    Deposition Transcript of Hope Ogletree

Exhibit H    Deposition Transcript of Lynn Babington

Exhibit I    Deposition Transcript of Yohuru Williams

Exhibit J    June 8, 2018 Defendant's Responses to Interrogatories

Exhibit K    June 17, 2015 Letter of Hire to Gwen Alphonso

Exhibit L    Notes from Sharlene McEvoy's students

Exhibit M    July 2014 Email Correspondence regarding Case Statement

Exhibit N    June 10, 2016 Email from Yohuru Williams to Gwen Alphonso

Exhibit O    Deposition Transcript of Sue Quinlivan

Exhibit P    June 15, 2016 Email correspondence between Yohuru Williams and Lynn Babington