# EXHIBIT A



**MENTOR**
by axiomeducation

Home    Course Management    Portfolios    Faculty Reporting    Institutional Tools    IRB    Docs

**Reports**    Teaching    Scholarship    Service    Background

Print to PDF

📄 Search

📄 CV

📄 Public CV

📄 Annual Calendar

📄 Annual Academic

📄 3 Year

📄 Summary Reports

📄 Export

📄 Select Format

📄 AQ/PQ Summary

📄 Evaluations

📄 Faculty Web Profile

📄 NIH BioSketch

# Sharlene A McEvoy
## Professor

Department: Management
School: Dolan School of Business
Date of Appointment: September 1986
Date of Rank: September 1998
Years of Service: 27

## Employment

| | |
|---|---|
| 1986 - Present | Professor (1998) , Management, Fairfield University |
| 1985 - 1986 | Adjunct Professor, Business Law, Southern Connecticut State University, New Haven, CT. |
| 1985 - 1986 | Adjunct Professor, Government and Politics, University of Connecticut, Torrington, CT. |
| 1984 - 1986 | Adjunct Professor, Business Law & Politics, University of Connecticut, Stamford, CT. |
| 1984 - 1984 | Lecturer, Business Law, South Central Community College, New Haven, CT. |
| 1984 - 1985 | Adjunct Professor, Political Science, Albertus Magnus College, New Haven, CT. |
| 1983 - 1983 | Lecturer, Business Law , University of New Haven, New Haven, CT. |
| 1982 - 1982 | Lecturer, Political Science, Mattatuck Community College, Waterbury, CT. |
| 1981 - 1982 | Lecturer, Business Law, Housatonic Community College, Bridgeport, CT. |
| 1980 - 1980 | Acting Chair, Political Science, Albertus Magnus College, New Haven, CT. |
| 1978 - 1980 | Instructor , Business Law, Asnuntuck Community College, Enfield, CT. |
| 1978 - 1980 | Adjunct Professor, Political Science, Albertus Magnus College, New Haven, CT. |
| 1977 - 1979 | Lecturer, Business Law, Norwalk Community College, Norwalk, CT. |
| 1976 - 1981 | Lecturer, Business Law, Post College, Waterbury, CT. |
| 1976 - 1978 | Lecturer, Business Law, Asnuntuck Community College, Enfield, CT. |
| 1975 - 1996 | Attorney at Law, Sharlene McEvoy, Derby, CT. |

## Degrees

| | |
|---|---|
| B.A. | *Magna cum Laude*, Political Science, Albertus Magnus College, 1972 |
| J.D. | Law, University of Connecticut, 1975 |
| M.A. | Political Science, Trinity College, 1980 |
| M.A. | Political Science, University of California at Los Angeles, 1982 |
| Ph.D. | Public Administration/Political Science, University of California at Los Angeles, 1985 |

## Honors

1997  Who's Who in America

1996  Who's Who in American Education

1996  Who's Who in American Law

1993  Who's Who in the East

1993  Who's Who of American Women

## Publications

### Articles

- Sharlene A. McEvoy, Katzenbach v. McClung Revisited: How the Rehnquist and Roberts Courts Would Have Decided the Case, *North East Journal of Legal Studies*, 30(Fall) 2013, 29-46.

- Sharlene A. McEvoy, Using the Insider To Teach Legal and Ethical Topics in a Legal Environment of Business or Employment Law Class, *North East Journal of Legal Studies*, 28(Fall ,Fall) 2012, 37-45.

- Sharlene A. McEvoy, Toying With Safety: A REgulatory and Ethical Failure of Government and Business, *The International Journal of Interdisciplinary Social Sciences*, 5(12,12) 2011, 61-67.

- Sharlene A. McEvoy, The Use of Covenants as a Proactive Device to Protect Environmental and Property Interests, *International Journal of Interdisciplinary Social Sciences*, 3 2011, 12.

- Sharlene A. McEvoy, Heart Balm Redux: Should then Cause of Action for Alienation of Affection Be Revived as a Remedy for Economic Loss?, *North East Journal of Legal Studies*, 23 2011, 50-63.

- Sharlene A. McEvoy, Knudsen v. Lax: Recission of a Lease Agreement When a Sex Offender Moves Next Door w, *North East Journal of Legal Studies*, 22(Fall,,Fall,) 2009, 91-100.

- Sharlene A. McEvoy, TheCase of the Defaulting Donors: Can Non-Profit Institutions Rely on the The Case of the Defaulting Donors: Can Non-Profit Institutions Rely on the Concept of Promissory Estoppel and Gift Agreements to Enforce Promised Donations?, *North East Journal of Legal Studies*, 20 2008, 114-126.

- Sharlene A. McEvoy, Using The Letter as a DEvice to Teach Ethical Principles in a Law Class, *North East Journal of Legal Studies*, 18 2007, 136-143.

- Sharlene A. McEvoy, "An Inconvenient Decision": Massachusetts et al v. Envrionmental Protection Agency, *Forum on Public Policy: Climate Change and Sustainable Developme*, 3(4) 2007, 361-367.

- M. C. Goble, Catherine C. Giapponi and Sharlene A. McEvoy, The Gender Pay Tax Credit as a Remedy for Gender Pay Disparity, *North East Journal of Legal Studies*, 16(Fall) Special Tax Issue, 2006, 109-121.

- Catherine C. Giapponi and Sharlene A. McEvoy, The Legal, Ethical, and Strategic Implications of Gender Discrimination in Compensation: Can the Fair Pay Act Succeed Where the Equal Pay Act Has Failed?, *Journal of Individual Employment Rights*, 12(2) 2006, 137-150.

- Catherine C. Giapponi and Sharlene A. McEvoy, Corporate Governance, Fiduciary Duty and the Labor Union: Balancing Act or Over the Edge?, *North East Journal of Legal Studies*, 14(Fall 2005) 2005, 78-95.

- Catherine C. Giapponi and Sharlene A. McEvoy, Disney v. Disney: Can a Shareholder Derivative Suit Change the Culture of Corporate Governance?, *North East Journal of Legal Studies*, 13(Spring 2005) 2005, 85-108.

- Sharlene A. McEvoy, Corporate Governance, Fiduciary Duty and the Labor Union: Balancing Act or Over the Edge?, *North East Journal of Legal Studies*, 14 2005.

- Sharlene A. McEvoy, SAG and AFTRA: The Case for Merger of the Entertainment Unions, *University of Miami Business Law Review*, 12(Spring/Summer) 2004, 59-75.

- Sharlene A. McEvoy, A Tale of Two Ceses: Right of Publicity versus the First Amendment, *Communications and the Law*, 25(August) 2003, 31-46.

- Sharlene A. McEvoy, "E-Mail, Internet Monitoring and the Workplace" Do Employees Have a Right to Privacy?, *Communication and the Law*, (June) 2002, 69-83.

- Sharlene A. McEvoy, The Legal Environment of Show Business, *North East Journal of Legal Studies*, 10(Spring) 2002, 37-47.

- Sharlene A. McEvoy, Timekeeping Systems, Inc. Protecting Employee Expression By E-Mail Under Sections 7 and 8 of the National Relations Act, *The Journal of Individual Employment Rights*, 10(1) 2002, 59-64.

- Sharlene A. McEvoy, Hybrid Cars and the Clean Air Act: Ruse to Circumvent the Law or Practical Alternative to Protect the Environment, *North East Journal of Legal Studies*, 9(Spring) 2001.

- Sharlene A. McEvoy, Discrimination in Employment and Education Because of Dyslexia, *North East Journal of Legal Studies*, 1 1993, 48-65.

- Sharlene A. McEvoy, If the House You Bought is Haunted, *The Brief*, 21(4) 1992, 20-23, 53-54.

- Sharlene A. McEvoy, Campus Insecurity: Duty, Foreseeability and Third Party Liability, *Journal of Law and Education*, 21(2) 1992, 137-154.

- Sharlene A. McEvoy, Fat Chance: Employment Discrimination Against the Overweight, *Labor Law Journal*, 43(1) 1992, 3-14.

- Sharlene A. McEvoy, Stigmatized Property: What a Buyer Should Know, *Journal of Missouri Bar*, 48(1) 1992, 137-154.

- Sharlene A. McEvoy, Campus Insecurity: Duty, Forseeability and Third Party Liability, *Journal of Law and Education*, 1991.

- Sharlene A. McEvoy, Caveat Emptor Redux: Psychologically-Impacted Property Statutes, *Western State University Law Review*, 1991.

- Sharlene A. McEvoy, Warning: Sekkubg Alcoholic Beverages May Be Dangerous to Your Company's Health, *Selected Papers of the Tri-State Regional Business Law Association*, 15 1991.

- Sharlene A. McEvoy, Caveat Emptor Redux: A Note on Psychologically-Impacted Property Status, *The Mid-Atlantic Business Law Journal*, 2 1991, 74-85.

- Sharlene A. McEvoy, Complein If You Dare: Tort Suits that Discourage the Exercise of First Amendment Rights, *Communication and The Law*, 1991.

- Sharlene A. McEvoy, The Big Chill: Business Use of the tort of Defamation to Discourage the Exercise of First Amendment Rights, *Hasting Constitutional Law Quarterly*, 17 1990.

- Sharlene A. McEvoy, Cancer and Employment Discrimination: Fighting Job Bias Is Worse Than Fighting the Disease, *Labor Law Journal*, 1990.

- Sharlene A. McEvoy, Nightmare on Main Street, Complain If You Dare: Tort Suits That Discourage the Exercise of First Amendment Rights, *The Mid Atlantic Business Journal*, 1 1990.

- Sharlene A. McEvoy, The Sinistral Side of MENSA, *Lefthanders Magazine*, 1989.

- Sharlene A. McEvoy, Be Careful Out There: Expanding the Frontiers of Premises Liability: Mostert v. CBL and Associates, *Business in the Contemporary World*, 1989.

- Sharlene A. McEvoy, Left-Handed Compliment, *Case and Compliment*, 1988.

- Sharlene A. McEvoy, Left-Handed Compliment: de la Torres v. Bolger and the Rehabilitation Act of 1973, *Revista se Derecho Puertorriqueno*, 103 1988, 37-57.

- Sharlene A. McEvoy, Left-Handed Compliment: de la Torres v. Bolger and the Rehabilitation Act, *Labor Law Journal*, 1988.

- Sharlene A. McEvoy, Relief for Left Handed Persons, *Labor and Unemployment Law*, 16 1988.

- Sharlene A. McEvoy, De la Torres v. Bolger and the Rehabilitation Act of 1973, *Arizona Bar Briefs*, 1988.

- Sharlene A. McEvoy, Katzenbach v. McClung Revisited: How the Rehnquist and Roberts Courts Would Have Decided the Case, , 30(Fall), 29-46.

### Chapters

- Sharlene A. McEvoy, An Inconvenient Decision: Massachusetts et al v. Environmental Protection Agency in R.A. Peck (Ed.), *Climate Change and Sustainable Development*. New York: Linton Atlantic Books Ltd (2010), pp. 343-348.

- Sharlene A. McEvoy, The Umpire Strikes Out: Postema v. National League: Major League Gender Discrimination in M.J. Cozzillio and R.L. Hayman (Eds.), *Sports and Inequality*. Carolina Academic Press (2005).

### Conference Proceedings

- Catherine C. Giapponi, J Michael Cavanaugh and Sharlene A. McEvoy, The Nissan Leaf: Can An All-Electric Car Put A Charge Into The U.S. Auto Industry? in . (2011).

- Catherine C. Giapponi and Sharlene A. McEvoy, Holly's Au Natural Oatmeal in *Proceedings of Cases in Progess 2008*. Washington, D.C.: The CASE Association 32nd Annual Meeting, Eastern Academy of Management (2008).

- Catherine Giapponi and Sharlene A. McEvoy, Geppetto's Distinguished Toys in *Proceedings of CASE Association's 31st Annual Meeting*. New Brunswick, NJ: CASE Association's 31st Annual Meeting, 2007 Eastern Academy of Management Conference (2007).

## Presentations

### Conferences

- Sharlene A. McEvoy, *"Hot Coffee: Is Justice Being Served?: Using the Documentary to Illuminate Topics of Products Liability and Tort Reform in a Business Law or Legal Environment of Business Class."* Paper presented to the North East Academy of Legal Studies in Business, Westbrook, CT on April 21, 2013.

- Sharlene A. McEvoy, *"User and Business Responsibilities Under the Revised Definition of "Service Animal" in the Americans With Disabilities Act."* Paper presented to the North East Academy of Legal Studies in Business, Westbrook, CT on April 20, 2013.

- Sharlene A. McEvoy, *"Barking Up the Wrong Tree? Tree Abuse Regulations: Boon to the Environment or Taking of Private Property?"* Paper presented to the North East Academy of Legal Studies in Business Annual Meeting, Saratoga Springs, New York on April 29, 2012.

- Sharlene A. McEvoy, *"The Commerce Clause in the 21st Century: Capping Congressional Control on Local Acitivities First Author Carly Jannetty J.D. Pace University School of Law."* Paper presented to the North East Academy of Legal Studies in Business, Saratoga Springs, New York on April 29, 2012.

- Catherine C. Giapponi, J Michael Cavanaugh and Sharlene A. McEvoy, *"The Nissan Leaf: Can An All-Electric Car Put A Charge Into The U.S. Auto Industry?"* Paper presented to the CASE Association Eastern Academy of Management. Case nomination for Best Paper Award, Boston, MA on May 11, 2011.

- Sharlene A. McEvoy, *"Rescue Me! Now Here's the Bill: The Rise of Legislation to Impose Penalties on Those Who Put Themselves in Peril or Who Create a Hoax."* Paper presented to the North East Academy of Legal Studies in Business NEALSB, Lenox, MA on April 30, 2011.

- Sharlene A. McEvoy, *"Toying With Safety: A regulatory and Ethical Failure of Government and Business."* Paper presented to the fifth International Conference on Interdisciplinary Social Sciences,, University of Cambridge, U.K. on August 4, 2010.

- Sharlene A. McEvoy, *"Exacting a Tribute from Property Owners: The Use and Abuse of Impact Fees."* Paper presented to the North East Academy of Legal Studies in Business, Ithaca College, Ithaca, New York on May 1, 2010.

- Sharlene A. McEvoy, *"Walling v. Przyblo: Adverse Possession: An Ancient Property Rule is alive and Well."* Paper presented to the North Atlantic Regional Business Law Association, Suffolk University School of Law, Boston, MA on April 10, 2010.

- Sharlene A. McEvoy, *"Using Film to Enhance Problem-Solving in an Environmental Law and Policy Class."* Paper presented to the EduLearn 09, Barcelona, Spain on July 7, 2009.

- Sharlene A. McEvoy, *"The Healthy Workplace Act An Unnecessary Remedy for Bullying on the Job?"."* Paper presented to the Academy of Legal Studies in Business, Long Beach, CA on August 14, 2008.

- Sharlene A. McEvoy, *"The Use of Covenants as a Proactive Device to Protect Environmental and Property Interests."* Paper presented to the International Conference on Interdiscrplinary Social Scienced, Prato, Italy on July 24, 2008.

- Catherine C. Giapponi and Sharlene A. McEvoy, *"Holly's Au Natural Oatmeal."* Paper presented to the Eastern Academy of Management 45th Annaul Meeting, Case Association 32nd Annual Meeting, Washington, D.C. on May 16, 2008.

- Sharlene A. McEvoy, *"No Singular Sensation: Who Owns the Stories Behind a Chorus Line? A Teaching Exercise in Contract Law."* Paper presented to the North East Academy of Legal Studies in Business, Cooperstown, New York on May 4, 2008.

- Sharlene A. McEvoy, *"Knudsen v. Lax: Recission of e Lease Agreement When a Sex Offender Moves Next Door"."* Paper presented to the North Atlantic Regional Business Law Association, Providence, Rhode Island on April 5, 2008.

- Sharlene A. McEvoy, *""An Inconvenient Decision: Massachusetts v. Environmental Protection Agency"."* Paper presented to the Oxford Round Table, Oxford University, U.K., Oxford University, Oxford, England ,U.K. on August 15, 2007.

- Catherine Giapponi and Sharlene A. McEvoy, *"Geppetto's Distinguished Toys."* Paper presented to the Eastern Academy of Management, New Brunswick, NJ on May 18, 2007.

- Sharlene A. McEvoy, *""The Case of the Defaulting Donors: Can Non-Profit Institutions Rely on the Concept of Promissory Estoppel and Gift Agreements to Enforce Promised Donations?"."* Paper presented to the North East Academy of Legal Studies, Galloway, New Jersey on April 28, 2007.

- Sharlene A. McEvoy, *""Stand Your Ground or License to Kill?: Legislation Permitting the Use of Deadly Force in Lieu of the Duty to Retreal"."* Paper presented to the North Atlantic Regional Business Law Association, Salem, MA on March 31, 2007.

- Catherine C. Giapponi and Sharlene A. McEvoy, *"The Role of the Disney Board of Directors in the Hiring and Firing of Disney's Michael Ovitz: A Case Study in Corporate Governance."* Paper presented to the Academy of Legal Studies in Business, St. Petersburg, Florida on August 10, 2006.

- Sharlene A. McEvoy and Catherine C. Giapponi, *"Nine Days in June: Pepsi Cola's Syringe Crisis."* Paper presented to the Academy of Legal Studies in Business, St. Petersburg, Florida on August 10, 2006.

- Catherine C. Giapponi and Sharlene A. McEvoy, *"The Walt Disney Company Derivative Litigation: Implications for Corporate Governance."* Paper presented to the North East Academy of Legal Studies in Business Conference 2006, Lenox, Massachusetts on April 29, 2006.

- Sharlene A. McEvoy, *"Whatever Happened to King George III? Favorite vs. Miller v. David McCullough's 1776."* Paper presented to the North Atlantic Regional Business Law Association, Babson College, MA on April 8, 2006.

- Catherine C. Giapponi and Sharlene A. McEvoy, *"The Legal, Ethical, and Strategic Implications of the Gender Pay Gap."* Paper presented to the Academy of Legal Studies in Business Conference 2005, San Francisco, California on August 4, 2005.

- Catherine C. Giapponi and Sharlene A. McEvoy, *"Corporate Governance Case: The Screen Actors Guild end Netflix."* Presentation to the Northeast Academy of Legal Studies in Business, Sagamore, Bolton Landing, NY on April 16, 2005.

- Catherine C. Giapponi and Sharlene A. McEvoy, *"Corporate Governance Panel: Teaching Issues of Corporate Governance in the Classroom."* Panel presented at the Northeast Academy of Legal Studies in Business, Sagamore, Bolton Landing, NY on April 16, 2005.

- Sharlene A. McEvoy, *"Taking Ways: Abusing the Power of Eminent Domain Public Use or Private Gain? Kelo v. City of New London."* Paper presented to the North East Academy of Legal Studies in Business, Lake George, NY on April 16, 2005.

- Sharlene A. McEvoy, *""Whose Ball Is It Anyway?" Mientkiewicz v. Henry: Raising Issues of Ownership, Possession and Abandonment."* Paper presented to the North Atlantic Business Law Association, Boston, MA on April 2, 2005.

- Sharlene A. McEvoy, *"Dual Agency in the Entertainment Industry."* Paper presented to the Academy of Legal Studies in Business, Ottowa, P.O. on August 11, 2004.

- Sharlene A. McEvoy, *"Time Keeping Systems, Inc: Protecting Employee Expression by E-mail Under Sections 7 and 8 of the National Labor Relations Act."* Paper presented to the North East Academy of legal Studies in Business, West Point, NY on May 2, 2004.

- Sharlene A. McEvoy, *"No Minor Consideration: Protecting the Interests of Child Actors."* Paper presented to the North East Academy of Legal Studies, West Point, NY on May 1, 2004.

- Sharlene A. McEvoy, *"Age, Discrimination in the Entertainment Industry: A Wrong Without a Remedy?"* Paper presented to the Oxford Round Table, Oxford, England on March 14, 2004.

- Sharlene A. McEvoy, *"Use of Celebrity's Likeness."* Paper presented to the Academy of Legal Studies in Business Annual Meeting, Nashville, TN on August 1, 2003.

- Sharlene A. McEvoy, *"Winnie the Pooh and a Lawsuit, Too."* Paper presented to the North East Academy of Legal Studies in Business, Saratoga Springs, NY on April 26, 2003.

- Sharlene A. McEvoy, *"SAG and AFTRA: The Case for Merger of the Entertainment Unions."* Paper presented to the North East Academy of Legal Studies in Business, Saratoga Springs, NY on April 26, 2003.

- Sharlene A. McEvoy, *"STAR TREK: The Legal Issues."* Paper presented to the South East Academy of Legal Studies in Business, Charleston, SC on October 26, 2002.

- Sharlene A. McEvoy, *"The Legal Environment of Show Business."* Paper presented to the North East Academy of Legal Studies, Cooperstown, NY on April 27, 2002.

- Sharlene A. McEvoy, *"Creating An Ethical Classroom."* Paper presented to the North East Academy of Legal Studies in Business, on April 27, 2002.

- Sharlene A. McEvoy, *"Be Careful in There: More Falling Than Prices at the Home Depot."* Paper presented to the North Atlantic Regional Business Law Association, Suffolk University School of Law, Boston, MA on April 6, 2002.

- Sharlene A. McEvoy, *"Bad Cases That Made Bad Law: The Ten Worst United States Supreme Court Decisions."* Paper presented to the Mid-Atlantic Academy of Legal Studies in Business, Philadelphia, PA on March 28, 2002.

- Sharlene A. McEvoy, *"Hybrid Cars and the Clean Air Act Ruse to Circumvent the Law or Practical Alternatives To Protect the Environment?"* Paper presented to the North East Academy of Legal Studies in Business, Philadelphia, PA on April 28, 2001.

- Sharlene A. McEvoy, *"Twelve Labor Law Cases."* Paper presented to the North Atlantic Academy of Legal Studies in Business, Boston, MA on April 21, 2001.

- Sharlene A. McEvoy, *"What's Race Got to Do With It? A Theory of Jury Decision-Making."* Paper presented to the Mid-Atlantic Academy of Legal Studies in Business, Norfolk, VA on March 23, 2001.

### Lectures & Seminars

- Sharlene A. McEvoy, *"The Business Law Minor: Why or Why Not?"*, Panel Presentation presented to the NEALSB Annual Meeting, on April 28, 2008.

- Sharlene A. McEvoy, *7 Days in June: Pepsi Cola's Syringe Product Tampering Crisis*, Paper presented to the Tampa, FL, on August 1, 2006.

## Service

### Committee

#### Center for Academic Excellence

- FLC - Environment 2007-08 September 2007 - May 2008

#### General Faculty

- Rank & Tenure September 2005 - August 2008
    Chair: September 2007 - August 2008

### Institutional Service

- *Director of Pre-Law Advising.* Advise students on law school applications and arrange events involving students and alumni. July 1, 2012 - Present.

- *Entrepreneur in Residence Committee.* Committee to select people from business to be entrepreneur in residence at DSOB for each semester. October 5, 2011 - Present.

- *Assessment Committee Management Department.* Work on determining if assessment goals for the Department have been met. April 1, 2011 - Present.

- *Ad Hoc Committee on Phased Retirement.* Work with other faculty members and SVPAA Fitzgerald to fashion a recommendation for a faculty phased in retirement program March 1, 2010 - Present.

- *Fulbright Committee.* Work with students who are interested in obtaining a Fulbright Scholarship September 1, 2009 - Present.

- *Fulbright Scholar Committee.* Dolan School Representative September 1, 2004 - Present.

- *Merit Committee Management Department.* Examine applications for merit pay for department faculty March 1, 2010.

- *Search Committee for Entrepreneurship Hire.* June 1, 2008 - December 1, 2008.

- *Outside Member for Search Committee for Marketing Position.* May 1, 2008 - October 1, 2008.

- *Task Force for Entrepreneurship Program.* May 1, 2008 - June 1, 2008.

- *Merit Committee for Management Department.* April 1, 2008.

- *2nd Annual Women and Entrepreneurship Guest Lecture/Luncheon: Carole Peck.* Organized and Hosted Guest Lecture Event April 17, 2007.

- *Women and Entrepreneurship Guest Lecture/Luncheon: Sharon Carlson.* Organized and hosted 1st annual women and entrepreneurship guest lecture/luncheon. April 5, 2006.

### Professional Service

- *Secretary-Treasurer NEALSB.* May 1, 2012 - Present.

- *Editor in Chief.* North East Journal of Legal Studies May 1, 2008 - Present.

- *Program Chair and President elect.* North East Academy of Legal Studies in Business May 1, 2007 - May 1, 2008.

- *President-Elect and Program Chair.* Northeast Regional Academy of Legal Studies in Business January 1, 2002 - January 1, 2003.

- *Vice President.* Northeast Regional Academy of Legal Studies in Business January 1, 2001 - January 1, 2003.

## Development

- *Berkshire-Litchfield County Forum on Wind Turbines*, Falls Village, CT (April 16, 2011).

- *Setting Up a Trust Fund for Your Pet,* Shelton, CT (November 2, 2010).

- *Berkshire-Litchfield County Forum on Cellular Towers,* Great Barrington, MA (October 29, 2010).

- *Pro Bono Partnership: Workshop on Legal Issues for Non-Profits,* Southbury, CT (October 17, 2010).

- *Fourteenth Annual Women's Studies Conference "Sexual Politics in the Entertainment Industry: They! Mystery of the Missing Mature Actress" Women Power and Politics,* Southern Connecticut State University, New Haven, CT (October 23, 2004).

## Research

- **Sharlene A. McEvoy** *Using the Insider To Teach Legal and Ethical Topics in a Legal Environment or Employment Law Class,* October 24, 2011 - October 24, 2011.

Terms of Use | Privacy Policy | Help | Contact Support
Mentor v3.1.95 (build 559) © 2009-2014 Axiom Education LLC. All rights Reserved.

**McEvoy, Sharlene A.**

| | |
|---|---|
| **From:** | Tina Ruggiero (Marquisww) <TR@marquisww.com> |
| **Sent:** | Monday, June 05, 2017 2:09 PM |
| **To:** | McEvoy, Sharlene A. |
| **Subject:** | Marquis Who's Who |

Who's Who in America - 2016, 70th Edition (pub. 2016); Who's Who in America - 2015, 69th Edition (pub. 2014); Who's Who in America - 2014, 68th Edition (pub. 2013); Who's Who in America - 2013, 67th Edition (pub. 2012); Who's Who in America - 2012, 66th Edition (pub. 2011); Who's Who in America - 2011, 65th Edition (pub. 2010); Who's Who in America - 2010, 64th Edition (pub. 2009); Who's Who in America - 2009, 63rd Edition (pub. 2008); Who's Who in America - 2008, 62nd Edition (pub. 2007); Who's Who in America - 2007, 61st Edition (pub. 2006); Who's Who in America - 2006, 60th Edition (pub. 2005); Who's Who in America - 2005, 59th Edition (pub. 2004); Who's Who in America - 2004, 58th Edition (pub. 2003); Who's Who in America - 2003, 57th Edition (pub. 2002); Who's Who in America - 2002, 56th Edition (pub. 2001); Who's Who in America - 2001, 55th Edition (pub. 2000); Who's Who in America - 1999, 53rd Edition (pub. 1998); Who's Who in America - 1998, 52nd Edition (pub. 1997); Who's Who in America - 1997, 51st Edition (pub. 1996); Who's Who in American Education - 2007-2008, 8th Edition (pub. 2007); Who's Who in American Education - 2004-2005, 6th Edition (pub. 2003); Who's Who in American Education - 1996-1997, 5th Edition (pub. 1995); Who's Who in American Law, 19th Edition, (pub. 2015); Who's Who in American Law - 2007-2008, 15th Edition (pub. 2007); Who's Who in American Law - 2005-2006, 14th Edition (pub. 2005); Who's Who in American Law - 2003-2004, 13th Edition (pub. 2003); Who's Who in American Law - 2002-2003, 12th Edition (pub. 2001); Who's Who in American Law - 2000-2001, 11th Edition (pub. 1999); Who's Who in American Law - 1998-1999, 10th Edition (pub. 1998); Who's Who in American Law - 1996-1997, 9th Edition (pub. 1996); Who's Who in the East - 2016, 43rd Edition (pub. 2015); Who's Who in the East - 2015, 42nd Edition (pub. 2014); Who's Who in the East - 2014, 41st Edition (pub. 2013); Who's Who in the East - 2013, 40th Edition (pub. 2012); Who's Who in the East - 2012, 39th Edition (pub. 2011); Who's Who in the East - 1999-2000, 27th Edition (pub. 1998); Who's Who in the East - 1997-1998, 26th Edition (pub. 1996); Who's Who in the East - 1993-1994, 24th Edition (pub. 1992); Who's Who in the World - 2016, 33rd Edition (pub. 2016); Who's Who in the World - 2015, 32nd Edition (pub. 2014); Who's Who in the World - 2014, 31st Edition (pub. 2013); Who's Who in the World - 2013, 30th Edition (pub. 2012); Who's Who in the World - 2012, 29th Edition (pub. 2011); Who's Who in the World - 2011, 28th Edition (pub. 2010); Who's Who in the World - 2010, 27th Edition (pub. 2009); Who's Who in the World - 2009, 26th Edition (pub. 2008); Who's Who in the World - 2002, 19th Edition (pub. 2001); Who's Who in the World - 1999, 16th Edition (pub. 1998); Who's Who of American Women - 2010-2011, 28th Edition (pub. 2010); Who's Who of American Women - 2008-2009, 27th Edition (pub. 2008); Who's Who of American Women - 2007, 26th Edition (pub. 2006); Who's Who of American Women - 2006-2007, 25th Edition (pub. 2005); Who's Who of American Women - 2004-2005, 24th Edition (pub. 2004); Who's Who of American Women - 2002-2003, 23rd Edition (pub. 2002); Who's Who of American Women - 2001-2002, 22nd Edition (pub. 2000); Who's Who of American Women - 1999-2000, 21st Edition (pub. 1998); Who's Who of American Women - 1997-1998, 20th Edition (pub. 1997); Who's Who of American Women - 1995-1996, 19th Edition (pub. 1995); Who's Who of American Women - 1993-1994, 18th Edition (pub. 1992);

Tina Ruggiero
Director, Submission Department
Marquis Who's Who
Phone: (844) 394-6946 ext. 4109
tr@marquisww.com
www.marquiswhoswho.com

1



# Sharlene McEvoy

**Google Scholar**

Professor of Business Law Fairfield University
Torts, Property, Environmental Labor Law

| Citation indices | All | Since 2012 |
|---|---|---|
| Citations | 135 | 30 |
| h-index | 8 | 2 |
| i10-index | 6 | 1 |

| Title   1–47 | Cited by | Year |
|---|---|---|
| **The Big Chill: Business Use of the Tort of Defamation to Discourage the Exercise of First Amendment Rights**<br>SA McEvoy<br>Hastings Const. LQ 17, 503 | 20 | 1989 |
| **Campus insecurity: Duty, foreseeability, and third party liability**<br>SA McEvoy<br>JL & Educ. 21, 137 | 18 | 1992 |
| **The legal, ethical, and strategic implications of gender discrimination in compensation: Can the Fair Pay Act succeed where the Equal Pay Act has failed?**<br>CC Giapponi, SA McEvoy<br>Journal of Individual Employment Rights 12 (2), 137-50 | 16 | 2005 |
| **Caveat Emptor Redux: Psychologically-Impacted Property Statutes**<br>SA McEvoy<br>Western State University Law Revew | 11 | 1990 |
| **E-mail and Internet Monitoring and the Workplace: Do Employees Have a Right t Privacy**<br>SA McEvoy<br>Communications and the Law 24 (No. 2), 69-83 | 10 | 2002 |
| **Fat chance: Employment discrimination against the overweight**<br>SA McEvoy<br>Labor Law Journal 43 (1), 3 | 10 | 1992 |
| **Double Edged Sword of Damocles: Utility Companies Liabilty for Dimunition of Property Values Due to Electrmagnetc Fields**<br>SA McEvoy<br>Real Estate Law Journal 23 (2), 109-122 | 8 | 1994 |
| **Tipping the scales of justice: Employment discrimination against the overweight**<br>SA McEvoy<br>Hum. Rts. 21, 24 | 8 | 1994 |
| **The Rise of Equine Activty Liability Acts**<br>SA McEvoy | 7 | 1997 |

| Title   1-47 | Cited by | Year |
|---|---|---|
| Animal Law 3, 201-219 | | |
| Stigmatized Property: What a Buyer Should Know<br>SA McEvoy<br>J. Mo. B. 48, 57, 59 | 6 | 1992 |
| SAG and AFTRA: The Case for Merger of the Entertainment Unions<br>SAMEW Windom<br>University of Miami Business Law Review 12 (1-2), 59-75 | 4 * | 2004 |
| Employment discrimination based on appearance<br>SA McEvoy<br>Labor Law Journal 45 (9), 592 | 4 | 1994 |
| The Umpire Strikes Out: Postema v. National League: Major League Gender Discrimination<br>SA McEvoy<br>U. Miami Ent. & Sports L. Rev. 11, 1 | 3 | 1993 |
| A Tale of Two Cases: Right of Publicity v. The First Amendment<br>SAMEW Windom<br>Communications and the Law 25 (2), 31-46 | 2 * | 2003 |
| After-Acquired Evidence: What Should Arbitrators and Courts Do After Misco, McKennon and Gilmer?<br>RN Covington, DJ Petersen, D Massengill, DJ Petersen, SA McEvoy, ...<br>J. Individual Emp. Rts. 6, 81, 84-86, 88-89 | 2 | 1997 |
| Cancer and employment discrimination: Fighting job bias is worse than fighting the disease<br>SA McEvoy<br>Labor Law Journal 41 (6), 323 | 2 | 1990 |
| Left-Handed Cmpliment: de la Torres v. Bolger and the Rehabilatation Act of 1973<br>SA McEvoy<br>Revista de Derecho Puertorriqueno 103, 37-58 | 2 | 1988 |
| Pirone v. Macmillan, Inc: Trying to Protect the Name and Likeness of a Deceased Celebrity Under Trademark Law and the Right to Publicity<br>SA McEvoy<br>Communications and the Law | 1 | 1997 |
| When You Have No Right to Remain Silent-Tort Liabiity for Sexually Transmitted Diseases<br>SA McEvoy | 1 | 1993 |

| Title    1–47 | Cited by | Year |
|---|---|---|
| Brief | | |
| Using The "Quiz Show" Scandals To9 Teach Issues of Ethics and the Media in a Business Law Class<br>SA McEvoy<br>North East Journal of Legal Studies 35 (Spring/Fall 2016), 91-103 | | 2016 |
| The Social and Legal Implications of Police Conduct under 42 U.S.C. 1983: Paine v. Cason<br>SA McEvoy<br>International Journal of Interdisciplinary Civic and Political Studies 10 ... | | 2015 |
| Creating an Ethical Classroom<br>SA McEvoy<br>Business Educatin Innovation Journal 7 (2), 139-143 | | 2015 |
| A Brave New World: The Environmental and Economic Impact of Autonomous Cars<br>SA McEvoy<br>Modern Environmental Science and Engineering 1 (1), 1-7 | | 2015 |
| Home Building and Loan Association v. Blaisdell Revisited<br>SA McEvoy<br>North East Journal of Legal Studies 32, 21-41 | | 2014 |
| Katzenbach v. McClung Revisited: How the Rehnquist and Roberts Courts Would Have Decided the Case<br>CJSA McEvoy<br>North East Journal of Legal Studies 30, 29-46 | | 2013 |
| Using "The Insider" to Teach Legal and Ethical Topics in a Legal Environment of Business or Employment Law Claqss<br>SA McEvoy<br>North East Journal of Legal Studies 28, 37-45 | | 2012 |
| Are Lock-In Contracts for Heating Oil Unconscionable Under the Uniform Commercial Code? A Teaching Exercise in Contract Law.<br>SA McEvoy<br>North East Journal of Legal Studies 26 | | 2011 |
| Toying With Safety: A Regulatory and Ethical Failure of Governments and Business<br>SA McEvoy<br>Internatinal Journal of Interdisciplinary Social Science 5 (12), 61-67 | | 2011 |
| Heart Balm Redux: Should the Cause of Action for Alienation of Affection Be Revived as a Remedy for Economic Loss<br>SA McEvoy | | 2010 |

Case 3:17-cv-01861-MPS    Document 30-3    Filed 01/11/19    Page 12 of 13

| Title   1-47 | Cited by | Year |
|---|---|---|
| North East Journal of Legal Studies 23, 50-63 | | |
| Knudsen v. Lax: Recission of a Lease Agreement When a Sex Offender Moves Next Door<br>SA McEvoy<br>North East Journal of Legal Studies 22, 91-100 | | 2009 |
| Using "The Letter" as a Device to Teach Ethical Principles in a Law Class<br>SA McEvoy<br>North East Journal of Legal Studies 18, 136-143 | | 2007 |
| An Inconvenient Decision: Massachusetts et al., v. Environmental Protection Agency<br>SA McEvoy<br>Forum on Publc Policy 3 (4), 367-372 | | 2007 |
| Disney v. Disney: Can a Shareholder Derivative Suit Change the Culture of Corporate Governance?<br>CCGSA McEvoy<br>North East Journal of Legal Studies 13, 85-108 | | 2005 |
| Timekeeping Systems, Inc.: Protecting Employee Expression by E-Mail Under Sections 7 and 8 of the National Labor Relations Act<br>SA McEvoy<br>J. Individual Emp. Rts. 10, 59 | | 2003 |
| What's Race Got to Do With It?<br>SA McEvoy<br>Atlantic Law Journal 4, 61-71 | | 2001 |
| Using "A Civil Action" as a Learning Tool in a Legal Environment of Business Class<br>SA McEvoy<br>The Journal of Legal Studies Education 16 (1), 91-112 | | 1998 |
| Treacherous Waters for White Water Rafters: Outfitters' Exculpatory Contracts and Whte Water Responsbility Acts<br>SA McEvoy<br>North East Journal of Legal Studies 4, 46-61 | | 1997 |
| A Jury Demonstration<br>SA McEvoy<br>The Journal of Legal Studies Education 15 (2), 301-305 | | 1997 |
| Injuries Arising Out of or in the Course of Employment? Sportive Acts, Skylarking, and Goosing<br>SA McEvoy | | 1997 |

Case 3:17-cv-01861-MPS    Document 30-3    Filed 01/11/19    Page 13 of 13

| Title   1–47 | Cited by | Year |
|---|---|---|
| Journal of Individual Employment Rights 6 (2), 127-140 | | |
| **A Contract Writing Exercise**<br>SA McEvoy<br>The Journal of Legal Studies Education 14 (1), 81-85 | | 1996 |
| **A" Hairy" Question: Discrimination Against Employees Who Violate Employers' Appearance Policies**<br>SA Mcevoy<br>Journal of Individual Employment Rights 4 (1), 67-79 | | 1995 |
| **Discrimination in Employment and Education Due to Dyslexia**<br>SA McEvoy<br>North East Journal of Legal Studies 1 (1), 48-65 | | 1993 |
| **When the Umpire Strikes Out: Gender Discrimination in Professional Baseball**<br>SA McEvoy<br>Women Law. J. 79, 17 | | 1992 |
| **Complain If You Dare: Tort Suits that Discourage the Exercise of First Amendment Rights**<br>SA McEvoy<br>Communcations and The Law 13 (1), 47-68 | | 1991 |
| **Be Careful Out There: Expanding the Frontiers f Premises Liability**<br>SA McEvoy<br>Business in the Contemporary World 1 (3), 64-73 | | 1989 |
| **The Use of Covenants as a Proactive Device to Protect Environmental and Property Interests**<br>SA McEvoy, D Wheatley, KM Crinall, S Chaudhary, M Mehra, Z Cheng, ...<br>International Journal of Interdisciplinary Social Sciences 3 (12) | | |
| **THE PAY GAP TAX CREDIT AS A REMEDY FOR GENDER PAY DISPARITY**<br>MC Goble, SA McEvoy, CC Giapponi<br>NORTH EAST JOURNAL OF LEGAL STUDIES, 109 | | |

*Dates and citation counts are estimated and are determined automatically by a computer program.*