# EXHIBIT B

## McEvoy, Sharlene A.

| | |
|---|---|
| **From:** | McEvoy, Sharlene |
| **Sent:** | Tuesday, April 02, 2013 7:31 PM |
| **To:** | Fitzgerald, Paul |
| **Subject:** | RE: speaking |

Father Fitzgerald:  Thank you for your email and kind words about my first year as pre-law advisor.  Hope Ogletree and I will be meeting on Monday, April 8 to discuss the dinner on May 2.  I know Robert Bird and will be seeing him at a professional meeting the weekend of April 19-21.   Sharlene

---

**From:** Fitzgerald, Paul
**Sent:** Tuesday, April 02, 2013 10:22 AM
**To:** McEvoy, Sharlene
**Cc:** Sapp, David
**Subject:** FW: speaking

Dear Sharlene,

As you can see if you read these emails from the bottom up, I was put into contact with Dr. Bird by his father, whom I recently met. The son has taught for us in the past, I believe, and you may know him. As an alumnus, he may be a good person to enlist as a mentor or a speaker for our undergrads. Since his parents live in town, he makes regular trips down this way from Storrs.

I have been in touch with Hope Ogletree about the May 2 dinner. She should have been in touch with you about it, about your hopes for the event, and how best to frame this inaugural event. I am looking forward to it!

As we ease into spring, allow me to congratulate you again for what looks to be a very successful first year of your directorship of the pre-law program.

Sincerely yours,

Paul

---

**From:** Paul Fitzgerald <pfitzgerald@fairfield.edu>
**Date:** Tue, 2 Apr 2013 08:23:07 -0400
**To:** Robert Bird <Robert.Bird@business.uconn.edu>
**Subject:** Re: speaking

Dear Robert,

Thanks very much for writing. I had a delightful conversation with your father after mass at St. Pius the other day. He is quite proud of you, as you know.

This past year, we have put a good deal of effort into updating our pre-law program for our undergraduate students, both to help them be as competitive as possible for entrance into top-tier law schools and also to gain a realistic sense of whether they should go to law school or not, given current trends in the legal profession.

http://www.fairfield.edu/cas/pre_law.html

1

MCEVOY 000414

We have also been inviting Fairfield alumni who are now in various fields of legal work to come to campus for occasional evening events. With your permission, I will pass your name and contact info along to our program director, Dr. Sharlene McEvoy, who like you teaches Business Law and Ethics courses.

Sincerely yours,

Paul

--

Rev. Paul J. Fitzgerald, S.J.
Senior Vice President for Academic Affairs
Fairfield University
1073 North Benson Road
Fairfield, CT 06824-5195
Tel: (203) 254 4000 ext. 2778
Fax: (203) 254 4291
pfitzgerald@fairfield.edu

---

**From:** Robert Bird <Robert.Bird@business.uconn.edu>
**Date:** Tue, 2 Apr 2013 11:49:02 +0000
**To:** Paul Fitzgerald <pfitzgerald@fairfield.edu>
**Subject:** speaking

Hello,

My name is Robert Bird and I teach business law at the University of Connecticut. My father, Dennis Bird, spoke with you recently and mentioned you would be interested in having me come and speak to students.  As a '93 graduate of Fairfield, I am happy to be of service.  Please let me know what you are interested in and we can discuss details.

Best,

Robert

Robert C. Bird
Associate Professor of Business Law
Northeast Utilities Chair in Business Ethics
Editor-in-Chief, American Business Law Journal
University of Connecticut, School of Business
2100 Hillside Road, Unit 1041
Storrs, CT 06269
robert.bird@uconn.edu
My research: http://ssrn.com/author=56987

2

MCEVOY 000415