# EXHIBIT C

## McEvoy, Sharlene A.

**From:**      McEvoy, Sharlene
**Sent:**      Wednesday, March 18, 2015 6:09 PM
**To:**        Martin, Laura
**Subject:**   RE: Yohuru Meeting


Laura:  No. Thank you.  Sharlene

---

**From:** Martin, Laura
**Sent:** Tuesday, March 17, 2015 9:08 AM
**To:** McEvoy, Sharlene
**Subject:** RE: Yohuru Meeting

Hi Sharlene I will add the luncheon to Yohuru's calendar.  Is there anything else you need me to do?

Thank you,
Laura


**Laura Martin**
Adminstrative Assistant

 **Fairfield**
UNIVERSITY

**Fairfield University**
1073 North Benson Road
Fairfield, Connecticut 06824
203-254-4000 x4025
www.fairfield.edu
lmartin@fairfield.edu



---

**From:** McEvoy, Sharlene
**Sent:** Monday, March 16, 2015 5:16 PM
**To:** Martin, Laura
**Subject:** RE: Yohuru Meeting

Laura:  Yohuru asked me to contact you about Lois Gibbs coming to the St. Robert Bellarmine Pre Law Society Luncheon on Wednesday, April 29.  The event is scheduled for 12-2 at Alumni House.  Ms. Gibbs will be honored at the luncheon and is scheduled to appear in my Environmental Law and Policy class which runs from 2-4:30.  The plan was to show the film The Poisoned Dream from 2-2:45.  After a short break, Ms. Gibbs will speak to the class and any other interested students.  If there is sufficient interested, class would be moved to a bigger room at the DSOB.  Ms. Gibbs is scheduled to leave Washington at 7 A.M and arrive at LGA at 9:30.  I have arranged for her to be brought to the campus to my office where she can freshen up and then I will take her to the lunch.  Her plane leaves LGA at 7 P.M. so she will have to leave campus by 4:30.  These are the arrangements so far.  Sharlene

---

**From:** Martin, Laura
**Sent:** Thursday, February 19, 2015 10:47 AM

1

MCEVOY 000409

**To:** McEvoy, Sharlene
**Subject:** RE: Yohuru Meeting

Hi Sharlene, He can do next Wednesday at 4 pm but not Tuesday.  Please let me know if that will work for you.

Thank you,
Laura


**From:** McEvoy, Sharlene
**Sent:** Wednesday, February 18, 2015 5:23 PM
**To:** Martin, Laura
**Subject:** RE: Yohuru Meeting

Laura:  Yohuru did not come so can we schedule a new day and time?  How about next Tuesday at 4 P.M.  I will come to his office.  Sharlene

**From:** Martin, Laura
**Sent:** Wednesday, February 18, 2015 10:57 AM
**To:** McEvoy, Sharlene
**Subject:** Yohuru Meeting
**Importance:** High

Dear Sharlene, I left you a voicemail to let you know that Yohuru will walk over to your office today about 1:15 prior to your 2 pm class.

Thank you,
Laura

**Laura Martin**
Adminstrative Assistant



**Fairfield University**
1073 North Benson Road
Fairfield, Connecticut 06824
203-254-4000 x4025
www.fairfield.edu
lmartin@fairfield.edu



2

MCEVOY 000410