# EXHIBIT J

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHARLENE McEVOY

             **Plaintiff,**

v.

FAIRFIELD UNIVERSITY

             **Defendant.**

**CIVIL ACTION NO.**

**3:17-cv-01861 (MPS)**

**June 8, 2018**

## DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

### INTERROGATORIES

1.    Please identify all persons who answered these Interrogatories and Production Requests.

**ANSWER:**

Attorney Christine Brown, Title IX Compliance Coordinator, and Mark Guglielmoni, Director of Human Resources, assisted in answering the Interrogatories and locating documents responsive to the Production Requests.

2.    Please identify the person or persons who provided information or responses used in answering each of these interrogatories. If more than one person provided information for a single interrogatory, please identify with precision the information provided by each person.

**ANSWER:**

Mark Guglielmoni, Director of Human Resources provided the information responsive to Interrogatories 4, 5, 6, and 7.

David Sapp, Yohuru Williams, Susanne Quinlivan, Lynn Babington, Christopher Pates, Geri Derbyshire, Christine Siegel, and Hope Ogletree provided the information responsive to Interrogatory 8.

Christine Brown and Mark Guglielmoni provided the information responsive to Interrogatory 3.

1

Gwen Alphonso - Professor Alphonso is a professor in the College of Arts and Sciences where among other things she teaches courses in politics. She was appointed the Director of the Pre-Law Advisory Program in June 2016 and has been responsible for the program since that date. She had been offered the position for 2015-2016, but declined at that time. She is aware of what the program was doing during the time that Dr. McEvoy was the Director and what she has done since then.

Geri Derbyshire, Associate Vice President for Development. She interacted with Dr. McEvoy regarding fund raising for the Pre-Law Advisory Program as well as supervised Chris Pates and other Development employees, who were involved with the Program and fundraising related to the College of Arts and Sciences.

Hope Ogletree worked in the Advancement Office and had a role in fundraising and efforts at fundraising for the Pre-Law Advisory Programs. In this regard, she interacted with Dr. McEvoy regarding fund raising for the Pre-Law Advisory Program.

Cathleen Borgman - Director of Career Leadership and Professional Development. Ms. Borgman participated in meetings with Paul Fitzgerald about the Pre-Law Advisory Program. She had communicated with Dr. Williams, and Susanne Quinlivan about the Pre-Law Advisory program under both Dr. McEvoy and Dr. Alphonso.

Christopher Pates, former Director of Development (May 1. 2012 to April 8, 2016) - Mr. Pates worked on fundraising for the University, including, but not limited to, the College of Arts and Sciences, Dolan School of Business, and the Pre-Law Advisory Program. He had interactions with Dr. McEvoy, Dr. Williams, other University administrators, donors, and volunteers about the Program and can testify about his experiences with Dr. McEvoy.

Mark Guglielmoni - Mr. Guglielmoni can testify concerning human resources policies and records.

Dr. Christine Siegel, Provost - Dr. Siegel can testify about the way appointments are made regarding academic positions.

4.     During the period of 1998 to the present, identify the individuals who have served in the position of Director of Defendant's Pre-Law Advising Program, and the years in which the person(s) have held the position.

**ANSWER:**

Professor Alan Katz served as the advisor for pre-law students from approximately August 1984 through the 2006-2007 academic year. He was not the Director of Defendant's Pre-Law Advising Program as that position did not exist.

3

Dr. Donald Greenberg served as the Academic Advisor of pre-law students from September 1, 2007 through the 2010-2011 academic year. He was not the Director of Defendant's Pre-Law Advising Program as that position did not exist.

Dr. Gwendoline Alphonso serves as the Director of Defendant's Pre-Law Advising Program. Her three year term began July 1, 2016.

5. During the period of 1998 to the present, identify the individuals who have served in the position of Director of Defendant's Pre-Med Advising Program, and the years in which the person(s) have held the position.

**ANSWER:**

There is no Director of Pre-Med Advising Program. Rather there is an Advisor, Health Sciences. This is an administrative position that provides advice to all the health science students. This is neither a tenured position nor a tenure track position. Keith Bradley held the position from September 2000 through August 30, 2008, during which time it was an 100% administrative position. Geoffrey Church has held the position since September 2008. In 2008 the position became 50% health science advising and 50% teaching two courses per semester. It remains an administrative position with teaching responsibilities.

6. Identify the individual who has been serving as the Director of Defendant's Pre-Law Advising Program in the 2016-2017 and 2017-2018 academic years, as well as her date of birth.

**ANSWER:**

Dr. Gwendoline Alphonso became the Director of the Pre-Law Advising Program in July 2016 and is currently in that role. Her date of birth is ███████ 1977.

7. Identify each complaint of age discrimination, internal or external, formal or informal, against Defendant by any current or former employee in the past 6 years. In so doing, identify (a) the individual who made each complaint; (b) the date on which Defendant learned of each complaint; (c) the nature of each complaint; (d) for informal or internal complaints, what Defendant did in response to each complaint; (e) for complaints filed in court or with an administrative agency, the docket number assigned to each action or claim and the status of each action or claim.

4

**ANSWER:**

Fairfield University's insurance policy with United Educators is enclosed as Fairfield001147-Fairfield001158.

19.     Please produce any document in which an insurance business has disclaimed/reserved its duty to indemnify any insured or any other person protected by the agreement produced in response to Request for Production No. 18.

**ANSWER:**

The November 27, 2017 letter from United Educators to Christine Brown is enclosed.  See Fairfield001145-Fairfield001146.

20.     Please produce non-privileged documents concerning, evidencing, or relating to the complaints identified in response to Interrogatory No. 7.

**ANSWER:**

None, other than the documents relating to Dr. McEvoy's allegations, which Plaintiff has.

DEFENDANT,
FAIRFIELD UNIVERSITY

By: _____
Gary S. Starr
Christopher E. Engler
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5316
Email: gstarr@goodwin.com
Their Attorneys

11

## CERTIFICATION OF SERVICE

I hereby certify that on this 8th day of June, 2018, a copy of the foregoing was served vie regular mail, on the following counsel of record:

Todd Steigman (ct26875)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103
Tel: (860) 246-2466
Fax: (860) 246-1794
Email: tsteigman@mppjustice.com

Gary S. Starr

12