# EXHIBIT K



**Fairfield**
UNIVERSITY

*Provost and Senior Vice President*
*for Academic Affairs*

June 17, 2016

Dr. Gwen Alphonso
385 Brewster Street
Bridgeport, CT 06605

Dear Gwen,

Thank you for agreeing to take on the position and responsibilities of Director of Pre-Law Advising at Fairfield University. I hereby appoint you to this position for a three year term, beginning July 1, 2016 and concluding June 30, 2019. You will report to Dr. Yohuru Williams and collaborate with Cath Borgman, Director of the Career Planning Center.

You will receive an annual stipend of $10,000. You will also have access to an operating budget of $10,000 for programming supplies, contracted services and other business expenses. During the Spring 2017 semester you will receive one course release to allow time for establishing new and implementing existing activities and events for students. This release is not part of the compensation for this role, but an exception to ease you in the transition.

Some of the plans that have been initiated by your predecessor and which you might consider expanding upon include;

- Advising the Pre-Law Club with twice annual meetings at which Fairfield University alumni who are lawyers or judges are invited to speak. Janet Canepa and the Office of Alumni Relations can be of help in this regard.
- Analyzing data on GPA's, LSAT scores and relative success in gaining admission to various law schools in order to assess outcomes and give the best advice and guidance to students. The Office of Institutional Research will be able to assist you with this.
- Increasing the number of internships in private law offices, Public Defenders and District Attorney's offices.
- Reconnecting with Fairfield Alumni who have made careers in the law in order to foster support for our undergraduate pre-law students. The Advancement Division will be of help and guidance in this regard.

In addition to expanding on the work in progress, we look forward to your ideas for further improving the quality advising and mentoring to our students interested in careers in law. Your talents and enthusiasm will be a great asset to the program.

Sincerely,

Lynn Babington, Ph.D.
Provost and Senior Vice President for Academic Affairs

Cc:     Yohuru Williams
        Cath Borgman

1073 North Benson Road    Fairfield, CT  06824-5195   Tel: (203) 254-4000,  ext. 2778   Fax: (203) 254-4291   www.fairfield.edu

CONFIDENTIAL

FAIRFIELD000850