# EXHIBIT L

*So Kind,*
*So Thoughtful*

*Hallmark*

Hallmark Cares
Visit Hallmark.com/ourplanet

THIS CARD IS MADE WITH RECYCLED PAPER.
20% Recycled Fiber



7 20473 43310 4

.99
WWV 223-4

© HALLMARK LICENSING, LLC
HALLMARK CARDS, INC.
KANSAS CITY, MO 64141
TORONTO, CANADA M2J 1P6
MADE IN U.S.A.

Hallmark.com

MCEVOY 000420

CONFIDENTIAL

Dr. McEvoy,

*Thank you so much.*

Thanks again for writing my letter of recommendations for law school admissions. I really appreciate it and have been getting great news from all the schools I applied to!

Thanks!

CONFIDENTIAL

MCEVOY 000421

MCEVOY 000422





GREEN-INSPIRED.COM
*Printed on FSC®-certified paper with soy inks.*
© COMPENDIUM, INC. ALL RIGHTS RESERVED.

CONFIDENTIAL

MCEVOY 000423

Dr. McEvoy,

I want to say thank you for taking out time to give me useful guidance on the law school application process. It was incredibly kind of you to come to campus on a weekend day to meet with me. You also invited me to take part in law society events at Fairfield and I look forward to doing that. Thank you for that time and for your encouragement. I hope to stay in touch with updates.

Have a wonderful Spring.   - ███ '14

CONFIDENTIAL