# EXHIBIT M

**From:** Pates, Christopher
**Sent:** Wednesday, July 23, 2014 8:06 AM
**To:** Quinlivan, Sue <SQuinlivan@fairfield.edu>
**Cc:** McEvoy, Sharlene <SAMcEvoy@fairfield.edu>; Ogletree, Hope <hogletree@fairfield.edu>
**Subject:** RE: Draft of case statement for Pre-Law Program Endowment

Good morning Sue,

Thanks for reviewing the case statement and for suggestion to rephrase part of the curriculum section.

With regard to your question, acknowledging benefactors in the communication piece for the St. Bellarmine Pre-Law Society will:

1. offer special appeal to certain donors
2. inform students of who helps to make the program possible
3. help students to start thinking about importance of giving back to their alma mater

Hope that helps to clarify. Looking forward to meeting you.

Chris

**From:** Quinlivan, Sue
**Sent:** Tuesday, July 22, 2014 2:02 PM
**To:** Pates, Christopher
**Cc:** McEvoy, Sharlene; Ogletree, Hope
**Subject:** RE: Draft of case statement for Pre-Law Program Endowment

Hi Chris,

Sharlene may be in tomorrow to review this. Below are my edits/comments with the case statement draft. The Curriculum section is misleading since there is no prescribed area of study for those seeking law school admissions. I edited this section. Sharlene, you may have thoughts with this. I also don't know how often these classes are offered.

I hope this is helpful.
Sue

*Curriculum*

"The 60-credit Core Curriculum, required by all Fairfield University students, ensures students have a broad liberal arts education as the best foundation for the development of disciplinary expertise and

1

FAIRFIELD001179

preparation for dynamic careers and unpredictable future challenges." (Campbell, Crabtree & Kelly, 2014)

Many Fairfield University majors, and the core curriculum, provide much of the necessary study to succeed in law school. While there is no prescribed program for students pursuing law school, law schools seek applicants from all disciplines, Fairfield University offers minors in business law and ethics hosting the following classes:

| | |
|---|---|
| American Constitution I and II | Philosophy of Law |
| Supreme Court I and II | Psychology and Law |
| Criminology | Sociology of Law |
| Law of Contracts, Property & Sales | Law of Business Organization & Transactions |
| Legal Environment of Business | Employment Law & Workplace Discrimination |
| International Business Law | Environmental Law and Policy |

### Mentoring

Mentors provide Pre-law students with invaluable insight and expertise related to a student's course work, majors and minors and what law schools students are interested in attending. Juniors and seniors committed to attending law school are matched with Fairfield University alumni, parents and friends working in all types of legal professions and related fields. Plans are underway in the Program to include the use of virtual software to make the process more convenient to the personal and professional schedules of mentors and students.   I am not aware of this software program???

Donors to *The Pre-Law Program Endowment* will be acknowledged in *The De Jure*, the    e-newsletter for the *St. Bellarmine Pre-Law Society*,...not sure this is the place to thank our donors???

**From:** Pates, Christopher
**Sent:** Tuesday, July 22, 2014 10:19 AM
**To:** McEvoy, Sharlene; Quinlivan, Sue
**Cc:** Ogletree, Hope
**Subject:** RE: Draft of case statement for Pre-Law Program Endowment

Our top proofer returned from vacation this morning. She caught several typos. Please review this version. Looking forward to you feedback. Thanks again. Chris

**From:** Pates, Christopher
**Sent:** Monday, July 21, 2014 4:43 PM
**To:** McEvoy, Sharlene; Quinlivan, Sue
**Cc:** Ogletree, Hope
**Subject:** Draft of case statement for Pre-Law Program Endowment

Dear Sharlene and Sue,

Attached please see a rough draft of the case statement for the Pre-Law Program Endowment. Your suggestions to any part of the narrative would be most welcome and appreciated.

We hope you like the draft and look forward to your feedback.

2

FAIRFIELD001180

Thanks,

Chris

Christopher A. Pates, *MA Candidate '15*
Director of Development
Advancement Liaison, Deans, Center Directors & Advisory Boards
Fairfield University
1073 North Benson Road
Fairfield, CT 06824
203.254.4000 Ext. 2519 (office)
203.415.8348 (cell)

3

FAIRFIELD001181