# EXHIBIT N

## Baer, Kimberly P.

| | |
|---|---|
| **From:** | Williams, Yohuru R. |
| **Sent:** | Friday, June 10, 2016 9:45 AM |
| **To:** | Alphonso, Gwendoline M. |
| **Cc:** | Baer, Kimberly P. |
| **Subject:** | Pre-Law Directorship |

Dear Gwen,

Are you willing to serve as pre law advisor in the fall as we discussed last year. I called your office. Please send me an email and let me know if you are still willing to serve.

All best,

Yohuru

Sent from my iPhone

On Jun 2, 2015, at 9:58 AM, Williams, Yohuru <ywilliams@fairfield.edu> wrote:

> Dear Gwen,
>
> I completely understand and this very well may be a possibility. Let's continue the conversation. In the meantime, let me know if there is anything I can do to help with the rank and tenure process.
>
> All the best,
>
> Yohuru
>
> Yohuru Williams, Ph.D
> Associate Vice President for Academic Affairs
> Professor of History
> Fairfield University
> 1073 North Benson Road
> Fairfield, CT 06824
> Tel: 203.254.4025
> ywilliams@mail.fairfield.edu

**From:** Alphonso, Gwendoline
**Sent:** Tuesday, May 12, 2015 10:43 AM
**To:** Williams, Yohuru
**Subject:** Pre-Law Directorship

Dear Yohuru,

1

CONFIDENTIAL

FAIRFIELD000846

Sorry I haven't been able to send this sooner, with submission of grades now finally out of way I can actually focus on other important matters, such as this one!

I've given much thought to whether or not I would be interested in assuming Pre-Law Director responsibilities in Fall 2015.

I see the position as an opportunity for tremendous growth -- institutionally, departmentally, for our students and for me, personally. To able to make the most of this, however, I would need to be able to commit myself wholeheartedly, with the dedication, accessibility, preparation, and even excitement that I would like to bring the position. Unfortunately, I would not be able to do this this coming year.

With my Department's (likely) Americanist/Public Administration search in the Fall, my book manuscript submission date in October, my Polity Special issue submission due by December, not to mention my classes and other service commitments, I simply cannot see how I could manage to bring my best to the Pre-Law table. And, I've realized, I would be very loathe to take this on half-heartedly, knowing that I would not be able to bring my all to it.

I could do this instead, much more successfully (and sanely!), starting in Fall 2016. By then, I would (hopefully) have tenure, have my book and the Polity piece done, and we would likely have another Americanist in the Department besides myself.

If it is at all possible to have an interim Director for this coming year and for me to be considered for a full term starting Fall 2016, I would be most thrilled and obliged to be so considered. I strongly believe I have the skills, ideas, and drive to harness the tremendous growth potential of the position, and by Fall 2016 I would be ready to do so!

Do let me know if you would like to talk about this further and thank you so much for considering me for this.

Best wishes for a great summer!

Gwen


Gwendoline Alphonso
Assistant Professor, Politics,
Fairfield University
PhD (Cornell), JSD (Cornell Law School), BCL (Oxford).

2

CONFIDENTIAL

FAIRFIELD000847