# EXHIBIT O

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-------------------------------x

SHARLENE MCEVOY                    : CIVIL ACTION NO.

                                  : 3:17CV01861(MPS)

VS.                               :

                                  :

FAIRFIELD UNIVERSITY              :

-------------------------------x

DEPOSITION OF:  SUSANNE QUINLIVAN

DATE:  OCTOBER 12, 2018

HELD AT:  SHIPMAN & GOODWIN, LLP

265 CHURCH STREET

NEW HAVEN, CT 06510

Reporter:  MARY Z. ARMANDO, LSR # 00222

CASSIAN REPORTING, LLC

21 Oak Street, Suite 307

Hartford, Connecticut 06106

(860) 595-7462

APPEARANCES:


REPRESENTING THE PLAINTIFF:

MADSEN, PRESTLEY & PARENTEAU, LLC

402 ASYLUM STREET

HARTFORD, CONNECTICUT 06103

By:  TODD STEIGMAN, ESQ.

     tsteigman@mppjustice.com




REPRESENTING THE DEFENDANT:

SHIPMAN & GOODWIN, LLP

ONE CONSTITUTION PLAZA

HARTFORD, CONNECTICUT 06103-1919

By:  GARY STARR, ESQ.

     gstarr@goodwin.com

A    Yeah, I believe that.

Q    How were you informed that Sharlene had been appointed as the new director of the pre-law advising program?

A    My director, Cath Borgman, was called to a meeting with Paul Fitzgerald, who was VP of academic something, so Cath and Paul had met, and Paul had asked Cath if our department could support Sharlene.  I think Paul must have said that Sharlene was now going to be the pre-law director, and if we would support her.  And so Cath came back and asked me to work with Sharlene.

Q    And in that first year that you worked with Sharlene regarding the pre-law advising program, do you remember any particular meetings or interactions that you had with Dr. McEvoy about the pre-law program?

A    We met pretty frequently to, you know, to plan pre-law events.

(Plaintiff's Exhibit 1, 5/15/13 report on pre-law program, marked for identification.)

BY MR. STEIGMAN:

Q    Ms. Quinlivan, the court reporter has handed you a document that is marked as Exhibit 1 for your deposition.  Do you recognize this document?

Case 3:17-cv-01861-MPS    Document 30-17    Filed 01/11/19    Page 5 of 21

MR. STARR: Otherwise the court reporter can't take down the question and answer in a coherent way; all right?

THE WITNESS: Okay.

BY MR. STEIGMAN:

Q So Ms. Quinlivan, that brochure is something that you and Dr. McEvoy prepared as a new document before the fall of 2012; is that right?

A Say that again.

Q Yes. So that brochure that is referenced in the first paragraph on the first page, is that a new document that you and Dr. McEvoy prepared for the first time in the fall of 2012?

A Yes.

Q Do you recall whose idea it was to create that document?

A Sharlene. And Sharlene prepared the document.

Q Okay. In the second paragraph on the first page, there is a reference to the law school fair; do you see where I'm referring to?

A Yes.

Q And this document, Exhibit No. 1, says that was organized by you; is that right?

A Yes.

A    Yes.

Q    What do you recall about Dr. McEvoy's involvement in the revamping of the website at that time?

A    Well, she coordinated getting somebody from media, Carolyn Arnold, and there was somebody else, I don't remember who it was, who managed the university's web pages to discuss with them what she wanted to do in updating the web page and including pre-law.

Q    And based on your involvement with that process, with that revamping of the website; do you believe that the updated website was an improvement?

A    Yes.

Q    And the content for the revamped pre-law website, was that content that Dr. McEvoy prepared?

A    No, I did.

Q    You prepared the content?

A    Right.

Q    Was Dr. McEvoy involved in --

A    Right.  She told me what content she wanted, and then I typed it up and sent it to marketing.

Q    Okay.  Can you please turn to the second page of Exhibit No. 1.  In the middle paragraph on that second page, there is a reference to the De Jure Publication; do you see where I'm referring to?

A     Yes.

Q     Did you have any involvement in the De Jure Publication?

A     Yes.

Q     Did Dr. McEvoy have involvement in the De Jure Publication?

A     Yes.

Q     And is the De Jure Publication something that had previously existed or was that something that was newly created in 2012?

A     That was new.

Q     And whose idea was it to create that publication?

A     Sharlene.

Q     And there is also a reference in that paragraph to the St. Robert Bellarmine Pre-Law Society; are you familiar with that Society?

A     Yes.

Q     And was that something else that Dr. McEvoy was involved in creating?

A     Yes. She came up with that name.

Q     Okay. How about the -- was there a pre-law society that had a different name before 2012?

A     No.

Q     So the concept of creating a pre-law society

in 2012, was that also something that Dr. McEvoy came up with?

A   Yes.  I would say -- I think so.  She and Paul Fitzgerald I think had discussed that before she had taken on that role.

Q   Can you turn to page 3 of Exhibit No. 1, please.  In the first full paragraph on page 3, there is a reference to an LSAT boot camp; do you see where I'm referring to the LSAT boot camp?

A   (Witness reviews document.)  Yes, I do.

Q   And do you have knowledge about that LSAT boot camp?

A   Yes.

Q   The LSAT boot camp, was that something that was previously in place or is that a new program that was started in 2012?

A   Yeah.  That started with Sharlene.

Q   And was that her idea to start that LSAT boot camp program?

A   Yes.

Q   Can you please turn to the fourth page of the document.  On that page there is a reference to the inaugural dinner of the St. Robert Bellarmine Pre-law Society that honored a federal district court judge. Do you see where I'm referring to about the dinner?

Case 3:17-cv-01861-MPS     Document 30-17     Filed 01/11/19     Page 9 of 21

A     Yes.

Q     Were you involved in organizing that dinner?

A     Yes.

Q     Prior to 2012, had there been similar dinners relating to the pre-law program?

A     Not that I know of.

Q     And was it Dr. McEvoy's idea to host this dinner for the pre-law society in that year?

A     I'm going to say I think so.

Q     Okay.  Were you involved in organizing that dinner with her?

A     I was.

Q     And do you believe that that dinner was successful?

A     Yes.

Q     During the 2012 to 2013 academic year, did you have any criticisms regarding the way that Dr. McEvoy served as the director of the pre-law program?

A     No.

(Plaintiff's Exhibit 2, 2012-2013 annual report, marked for identification.)

BY MR. STEIGMAN:

Q    And is that recently when you were reviewing documents to prepare for today's deposition?

A    Yes.

Q    But prior to that, you don't believe you had seen this previously?

A    No.  I do not believe that.

Q    Okay.  On the first page of Exhibit No. 2 towards the bottom, there is a paragraph about a student lawyer alumni event?

A    Yes.

Q    Are you familiar with that event?

A    Yes.

Q    Were you involved in organizing that event?

A    Yes.

Q    Was Dr. McEvoy involved in that event?

A    Yes.

Q    And had a similar event taken place for students interested in pre-law before Dr. McEvoy was the director of the pre-law program?

A    Not that I know of.

MR. STARR:  Can you point out where you are on that page?

MR. STEIGMAN:  The student lawyer alumni event towards the bottom of the first page.

MR. STARR:  I thought you said page 2.  That

was why.

MR. STEIGMAN:  Okay.

BY MR. STEIGMAN:

Q    And Ms. Quinlivan, based on your involvement in that student lawyer alumni event in the fall of 2012; do you believe that that event was successful?

A    Yes.

Q    And that paragraph also makes reference to a second student lawyer alumni event in the spring of 2013; do you believe that that event was also successful?

A    I'm not sure.  I'm not sure where you mean. Is it Patrick Marono?

Q    Yes.

A    Yes.  I do.

Q    Was the idea to host the student lawyer alumni events, was that an idea that was generated by Dr. McEvoy?

A    Yes.

Q    Can you please turn to the second page of Exhibit 2, towards the top of the page.  Do you see the underlined words where it says, LSAT Preparation Online Video Program?

A    Yes.

Q    Was that online video program resource

available to students before Dr. McEvoy became the director of the pre-law program?

A    I'm sure not what she means by online video. The only thing -- I would be guessing.

Q    Okay.

A    I mean, the only thing I'm thinking is that with the LSAT prep class, they did offer if students couldn't attend in-person sessions, they could do something online, and I don't know if that's what she is referring to or not.

Q    Okay.  If you're not sure what that's referring to, then we can just skip over that.

And two paragraphs down, do you see the reference to the personal statement seminar that was held in the spring of 2013?

A    Yes.

Q    Do you have knowledge of that personal statement seminar?

A    Yes.

Q    And is that personal statement seminar something that was offered for the first time in the 2012/2013 academic year?

A    As far as I know, yes.

Q    And was the idea for that personal statement seminar something that Dr. McEvoy generated?

Case 3:17-cv-01861-MPS    Document 30-17    Filed 01/11/19    Page 13 of 21

A    Yes.

Q    Towards the bottom of that, still on the second page but further down; do you see the reference to the pre-law program mentoring?

A    Yes.

Q    Are you familiar with the pre-law program mentoring that is referred to in that paragraph?

A    Yes.

Q    And that pre-law program mentoring, that wasn't something that was available before the 2012/2013 academic year; right?

A    Right.

Q    And do you know whose idea it was to create the pre-law program mentoring?

A    Sharlene.

Q    And did you assist her with that program?

A    Yes.

Q    Based on your involvement, do you believe that that pre-law mentoring program was helpful to students?

A    Yes.

Q    Ms. Quinlivan, we just went over some of the events that were held for -- related to the pre-law program in the 2012 to 2013 academic year; do you have a recollection of what events took place in the

following academic year, 2013 to 2014 academic year

that related to pre-law?

    A    It is not a clear recollection, but I would

say to you we carried on what we did for the first year

for the second year.

    Q    Okay.  So your best recollection is the types

of events that took place for the pre-law program in

the first year when Dr. McEvoy was the director

continued into the second year when she was the

director; right?

    A    Right.

    Q    And you continued to work with her in the

second year of the pre-law program --

    A    I did.

    Q    -- when she was the director.

        And based on your continued involvement with

Dr. McEvoy in her second year as the director of the

pre-law program; did you have any criticisms of her

performance as the director of that program?

    A    No.


(Plaintiff's Exhibit 3, 5/14/15 report on pre-law

program, marked for identification.)


BY MR. STEIGMAN:

what would have been on page 4.

A    Okay.  What I've seen here it is just that one comment, and I'm saying to you it could certainly -- I'm not saying that Sharlene -- I just don't remember the Clark.  I remember Kennedy.

BY MR. STEIGMAN:

Q    But with the exception of the discussion of the trip to the Clark Art Institute, everything else that you read in the version of Exhibit 3 that is in front of you; do you believe that everything else is accurate?

A    I do.

Q    And did you continue to work with Dr. McEvoy relating to the pre-law program in the 2014/2015 academic year?

A    I did.

Q    And did you have any criticisms of the way that Dr. McEvoy served in her capacity as the director of the pre-law advising program in that year?

A    No.

Q    On the third page of Exhibit No. 3, in the last paragraph at the bottom, there is a reference to a mock trial demonstration and a lunch at Quinnipiac School of Law?

A    Yes.

10/12/2018    Case 3:17-cv-01861-MPS   Document 30-17   Filed 01/11/19   Page 16 of 21   Susanne Quinlivan    Page: 32

from the previous deposition covered up the number
on the first page.

A    Yeah, I'm the same.  I don't have it.

BY MR. STEIGMAN:

Q    Okay.  But you definitely have numbers on
everything but the first page as 384 to 387; right?

A    Right.

Q    Ms. Quinlivan, this document is titled on the
top of the first page, The Report of The Pre-law
Program, and it is dated May 10, 2016; have you seen
this document before?

A    No.

Q    Why don't you take a moment to review
Exhibit No. 4 and let me know when you're finished;
okay?

A    Okay.  (Witness reviews document.)  Again,
the only thing I don't remember is the play that they
attended.  It is on page 3.  On November 19 it states
students attended Defamation at Southern Connecticut.
I just don't remember that.

Q    With the exception of the reference to that
play at Southern Connecticut, do you recall everything
else in Exhibit No. 4 being accurate?

A    I do.

Q    And you continued to work with Dr. McEvoy in

Cassian Reporting, LLC
(860) 595-7462 - scheduling@cassianreporting.com

her capacity as the director of pre-law advising for

the 2015 to 2016 academic year; is that right?

A    That's right.

Q    And did you have any criticisms of the way

that Dr. McEvoy served in her capacity as the director

of the program that year?

A    No.

Q    Ms. Quinlivan, based on your involvement with

the pre-law program, did you ever have an opportunity

to personally observe any of the advice that Dr. McEvoy

gave to students who were interested in pre-law?

A    No.

Q    On the third page of Exhibit No. 4, in the

third bullet point in the middle of the page, there is

a reference to a program at alumni house?

A    Yes.

Q    About financing your law school education

followed by a presentation by alumni on what is law

school is really like.  Do you see that paragraph?

A    I do.

Q    Were you involved in that program?

A    Yes.

Q    Was Dr. McEvoy involved in that program?

A    Yes.

Q    And can you describe for me what Dr. McEvoy's

involvement in that program was?

A   She thought of the idea of hosting it, of having it back to back.  I think that's what it was because I think I contacted the speaker.  I know I contacted Stephen Brown and alumni Rob Vogel and Nicole Rende.

Q   Now, Ms. Quinlivan, can you turn to page 4, please.  And in the middle of page 4 there is a paragraph about the law day luncheon.  Are you familiar with that event?

A   Yes.

Q   And was Dr. McEvoy involved in the law day luncheon?

A   Yes.

Q   And based on your recollection, how was Dr. McEvoy involved in the law day luncheon that year?

A   She identified the speakers, which was Reverend James Manship, and there was an alum -- I think she also recruited an alum to kind of MC the program.

Q   And that law day luncheon that took place in 2016, there was no similar program in place for the pre-law program before Dr. McEvoy was the director; is that right?

A   Right.  That I know of.

Case 3:17-cv-01861-MPS    Document 30-17    Filed 01/11/19    Page 19 of 21

notice that she was no longer going to be the director of the program; is that right?

A    That's right.

Q    At any point in time did you ever communicate any complaints to anybody in the provost's office about Dr. McEvoy's performance in the -- as director of the pre-law program?

A    Did I?  No.

Q    At any point in time, did you ever communicate any complaints to anybody in the dean's office regarding Dr. McEvoy's performance as the director of the pre-law program?

A    No.

Q    At any point in time, did you communicate any complaints to anybody at Fairfield University about Dr. McEvoy's performance as the director of the pre-law program?

A    No.

Q    During the period of time that Dr. McEvoy was the director of the pre-law advising program, did anybody at Fairfield University communicate any complaints to you about her performance as the director of the pre-law program?

A    No.

Q    Ms. Quinlivan, are you aware of -- strike

Case 3:17-cv-01861-MPS    Document 30-17    Filed 01/11/19    Page 20 of 21

Sharlene's contact information and my contact information.

Q    When you say he had Sharlene's contact information, what kind of contact information are you talking about?

A    Her name, email, and phone.

Q    When you say email, that's the university's email system?

A    Yes.

Q    Not a personal email?

A    Correct.

Q    And when you said her phone number, is that her university phone number?

A    Yes.

Q    In terms of your reaching Dr. McEvoy, was there other ways in which you were able to reach her?

A    I would reach her through -- yes.  I did have her home phone number and I had a cell phone number for her.

Q    Do you know whether she posted her home phone number or her cell phone number in the De Jure newsletter?

A    No.  It was not posted.

Q    Do you know whether she posted it on her office door?

CERTIFICATE OF REPORTER

I, Mary Z. Armando, a Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that pursuant to Notice, there came before me, on the 12th day of October, 2018, at 9:48 a.m., the following named person, to wit: SUSANNE QUINLIVAN, who was by me duly sworn to testify to the truth and nothing but the truth; that she was thereupon carefully examined upon her oath and her examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my seal this 17th day of October, 2018.

Mary Z Armando

_____

Mary Z. Armando, Notary Public
CT License No. 00222
My Commission expires:  5/31/22