# EXHIBIT P

| | |
|---|---|
| **From:** | Babington, Lynn M. <lbabington@fairfield.edu> |
| **Sent:** | Wednesday, June 15, 2016 12:15 PM |
| **To:** | Yohuru Williams <yohuru1@aol.com> |
| **Subject:** | Re: Input requested for donor stewardship reports |

Hi Yohuru,

I will figure out the budget and forward to you.

Enjoy the celebrations - a beautiful day!

On 6/15/16, 12:11 PM, "Yohuru Williams" <yohuru1@aol.com> wrote:

>Thanks Lynn, yes my daughter graduated this morning and Mason graduates
>tomorrow. The interview yesterday was strange. I have a big favor to ask.
>As for Pre Law you're right but Charlene's budget line never changed so
>we don't have access to what she spent and her reimbursements did not
>come to me to be signed. We can fix this with Gwen going forward.
>
>Sent from my iPhone
>
>> On Jun 15, 2016, at 12:01 PM, Babington, Lynn M.
>><lbabington@fairfield.edu> wrote:
>>
>> Yohuru,
>>
>> I hope you are enjoying your son's graduation activities. I thought
>>you had a final interview today- good luck!
>>
>> You have been managing the pre-law program since moving to the dean's
>>position. It is my understanding that you will continue to do so. The
>>letter to Gwen will come from my office, indicating that you will be
>>working with her on the pre-law program. Does this mean that you did
>>not meet with Sharlene this year or have knowledge of the pre-law
>>activities? I suggest you ask her for an annual update and also let her
>>know that she will have to meet with Gwen to hand over stewardship of
>>that program.
>>
>> Thanks!
>> Lynn
>>
>> From: "Williams, Yohuru R."
>><ywilliams@fairfield.edu<mailto:ywilliams@fairfield.edu>>
>> Date: Wednesday, June 15, 2016 at 11:50 AM
>> To: "O'Donnell, Catherine A."
>><caodonnell@fairfield.edu<mailto:caodonnell@fairfield.edu>>
>> Cc: "Derbyshire, Geri R."
>><gderbyshire@fairfield.edu<mailto:gderbyshire@fairfield.edu>>, Lynn
>>Babington <lbabington@fairfield.edu<mailto:lbabington@fairfield.edu>>,
>>"Malone, Mary Frances"
>><Malone@fairfield.edu<mailto:Malone@fairfield.edu>>, "Walker, Brian G."
>><bwalker@fairfield.edu<mailto:bwalker@fairfield.edu>>
>> Subject: Re: Input requested for donor stewardship reports
>>
>>
>> Hi Catherine,
>>
>> Christine Seigel would be the appropriate person to ask about the RJSJ

FAIR



Δ π EXHIBIT 11
Deponent U ILL.
Date_____ Rptr._____
WWW.DEPOBOOK.COM

>>monies. The Pre-Law program also reports directly to the Provost's
>>office. Associate Dean Walker is looking into the third piece and will
>>respond shortly.
>>
>> Best,
>>
>> Yohuru
>>
>> Sent from my iPhone
>>
>> On Jun 15, 2016, at 11:36 AM, O'Donnell, Catherine A.
>><caodonnell@fairfield.edu<mailto:caodonnell@fairfield.edu>> wrote:
>>
>> Hi Yohuru,
>> Can you please provide some input using the attached form on how the
>>funds below were used this year so I can send the donors their annual
>>stewardship reports.
>> Please let me know if you have any questions.
>> Thanks,
>> Cathy
>>
>> DESG
>>
>> Name
>>
>> 31053
>>
>> Racial Justice = Social Justice
>>
>> 31127
>>
>> Pre-Law
>>
>> 52014
>>
>> CAS Faculty/Student Research and Curricular Excellence Endowment
>>
>>
>>
>> From: O'Donnell, Catherine A.
>> Sent: Friday, January 08, 2016 3:32 PM
>> To: Babington, Lynn M.
>><lbabington@fairfield.edu<mailto:lbabington@fairfield.edu>>; Williams,
>>Yohuru R. <ywilliams@fairfield.edu<mailto:ywilliams@fairfield.edu>>;
>>Malone, Mary Frances <malone@fairfield.edu<mailto:malone@fairfield.edu>>
>> Cc: Derbyshire, Geri R.
>><gderbyshire@fairfield.edu<mailto:gderbyshire@fairfield.edu>>
>> Subject: New Fund Notification: Racial Justice=Social Justice (RJSJ)
>>Fund
>>
>> Hello,
>>
>> As you may already know, the Racial Justice=Social Justice (RJSJ) Fund
>>was recently created to provide resources to develop a new course in the
>>College of Arts & Sciences that supports the Racial Justice = Social
>>Justice (RJSJ) initiative.  It was established by an anonymous donor
>>with a $45,000 pledge over 3 years. The first attached document
>>summarizes the details about the fund.
>>
>> We received the donor's first pledge payment of $10,000 last month, so
>>we will need to provide the donor with his first stewardship report this

FAIRFIELD001265

>>summer to update him on how this year's funding was used. The second
>>attached document will help facilitate the donor reporting process and
>>should be completed by the administrator or faculty involved. Once the
>>class is operational, it would be wonderful to get some student feedback
>>about what the class meant to them so that we can share it with the
>>donor.
>>
>> Please let me know if you have any questions. Thanks,
>> Cathy
>>
>> Cathy O'Donnell
>> Director of Stewardship, Office of Constituent Relations
>>
>> Fairfield University
>> 1073 North Benson Road
>> Fairfield, Connecticut 06824
>> T. 203-254-4000 ext. 3473 .
>> #fairfieldu
>> www.fairfield.edu<http://www.fairfield.edu>
>> caodonnell@fairfield.edu<mailto:caodonnell@fairfield.edu>
>> [Macintosh HD:Users:aciccaglione:Desktop:mc_email_logo.jpg]
>>   [Macintosh HD:Users:aciccaglione:Desktop:facebook_email.jpg]
>><https://www.facebook.com/FairfieldUniversity> [Macintosh
>>HD:Users:aciccaglione:Desktop:twitter_email.jpg]
>><https://twitter.com/fairfieldu> [Macintosh
>>HD:Users:aciccaglione:Desktop:instagram_email.jpg]
>><http://instagram.com/fairfieldu>
>>
>> <Report on Use of Funds 2015-16.doc>
>> <image001.jpg>
>> <image002.jpg>
>> <image003.jpg>
>> <image004.jpg>

FAIRFIELD001266