**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SHARLENE MCEVOY,** | : | |
| **Plaintiff** | : | **C.A. NO.: 3:17cv1861 (MPS))** |
| | : | |
| **VS.** | : | |
| | : | |
| **FAIRFIELD UNIVERSITY,** | : | **NOVEMBER 22, 2019** |
| **Defendant** | : | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that SHARLENE MCEVOY, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on October 31, 2019 (Doc. No. 33) against Plaintiff based upon the District Court's Memorandum of Decision dated October 29, 2019, granting  the Defendant's  Motion for Summary Judgment  (Doc. No. 32).

PLAINTIFF,
SHARLENE McEVOY


By: _____ */s/ Todd D. Steigman* _____
   Todd D. Steigman (ct26975)
   Madsen, Prestley & Parenteau, LLC
   402 Asylum Street
   Hartford CT 06103
   (860) 246-2466 – Telephone
   (860) 246-1794 – Facsimile
   Attorneys for the Plaintiff
   tsteigman@mppjustice.com

## **CERTIFICATION**

I hereby certify that on November 22, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


                                        _____*/s/ Todd D. Steigman*_____
                                        Todd D. Steigman